# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 26-1049**　　　　　　　　　　　　　　　　**September Term, 2025**

**DOD-03/03/2026 Order**

**Filed On: March 9, 2026** [2162688]

Anthropic PBC,

      Petitioner

    v.

United States Department of War and Peter
B. Hegseth, in his official capacity as
Secretary of War,

      Respondents

## **N O T I C E**

    This case was docketed on March 9, 2026. The Department of War is hereby notified that the attached is a true copy of the petition for review, which was filed on March 9, 2026, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

    The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                           BY:    /s/
                                          Scott H. Atchue
                                          Deputy Clerk

Attachment:
       Certified Copy of Petition for Review