# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1049**  **September Term, 2025**

DOD-03/03/2026 Order

**Filed On: March 9, 2026** [2162695]

Anthropic PBC,

    Petitioner

    v.

United States Department of War and Peter B. Hegseth, in his official capacity as Secretary of War,

    Respondents

## O R D E R

The petition for review in this case was filed and docketed on March 9, 2026, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 8, 2026 |
| Docketing Statement Form | April 8, 2026 |
| Procedural Motions, if any | April 8, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 8, 2026 |
| Statement of Issues to be Raised | April 8, 2026 |
| Underlying Decision from Which Petition Arises | April 8, 2026 |
| Dispositive Motions, if any | April 23, 2026 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1049**                                              September Term, 2025

It is

    **FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | April 8, 2026 |
| Procedural Motions, if any | April 8, 2026 |
| Certified Index to the Record | April 23, 2026 |
| Dispositive Motions, if any | April 23, 2026 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Scott H. Atchue
Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)