**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CHECKLIST FOR EMERGENCY MOTIONS

Type of motion: Emergency Stay Pending Review   When will it be filed? Date: 3/11/2026   Time: 11:15 pm

Disposition needed by: Date: 3/26/2026   Time: 5:00pm   Why? Ongoing irreparable harm

Will the motion be served by hand? ○ Yes ● No   If not, why not? Serving electronically via CM/ECF

Date of Lower Court/Agcy Decision: 2/27/26 and 3/3/2026   When will copies be provided to the court? 3/11/2026

Status of Lower Court/Agency proceedings: Final

Any hearings scheduled? ○ Yes ● No   When?

Status of motion for stay/injunction pending appeal filed with lower court or agency? No response to 3/9 request

Is there a case pending in USCA now? ● Yes ○ No   Case No. and Caption: Anthropic PBC v. Dep't of War et al., 26-1049 (D.C. Cir.)

When will disclosure statements be filed? 3/9/2026

If a Notice of Appeal or Petition for Review has not been filed, when will one be? Filed 3/9/2026

Brief description of the case: (What is happening & when?):
Defendants have unlawfully and unconstitutionally designated Anthropic as a supply chain risk under 41 U.S.C. § 4713. Defendants' actions are causing ongoing irreparable harm to Anthropic.

Name of counsel: Kelly P. Dunbar

Office #:( 202 ) 663 - 6262   Home #:( ) -   Fax #:( 202 ) 663 - 6363

Name of opposing counsel: Sharon Swingle

Office #:( 202 ) 514 - 2000   Home #:( ) -   Fax #:( N/A ) -

Comments:
Clerk's Office informed by phone and opposing counsel informed by phone and via email of this emergency motion before filing.

---

**FOR CLERK'S OFFICE USE ONLY** Deputy Clerk: ___   Date: ___

Who is notified in LD? ___   Time: ___

### ROUTING

Staff Attorney Assigned: ___   Other: ___

Clerk ___   Ch. Deputy Clerk ___   LD Office ___   Team Leader ___   Supv/Op Unit ___   Intake ___

USCA Form 2
August 2009 (REVISED)