# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

ANTHROPIC PBC,

*Petitioner*,

*v.*

U.S. DEPARTMENT OF WAR, ET AL.,

*Respondents.*

On Petition for Judicial Review of Department of War 41 U.S.C. § 4713 Notice

## UNOPPOSED MOTION OF FORMER SERVICE SECRETARIES AND RETIRED SENIOR MILITARY OFFICERS FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PRELIMINARY RELIEF

Pursuant to Federal Rule of Appellate Procedure 29(a)(2), proposed *amici* former Service Secretaries and retired senior military officers listed in the attached brief seek leave of the Court to file the attached brief as *amici curiae* in support of preliminary relief. Proposed *amici* submit their brief to provide the Court with the perspective of former high-ranking leaders whose professional responsibilities required them to pursue national-security imperatives while complying with the law. Counsel for proposed *amici* have conferred with the parties' counsel and are

authorized to state that Petitioner Anthropic PBC consents to this motion and that the federal Respondents do not oppose the motion.

This Court should exercise its broad discretion to permit the proposed *amici*—former Service Secretaries and retired senior military officers—to participate as *amici curiae* in support of preliminary relief. Proposed *amici* come from different backgrounds, have served in different military departments, and have a range of different perspectives; but they share a profound commitment to the rule of law as a cornerstone of national security. They have a strong interest in this case because invoking national-security authorities outside their congressionally set limits threatens the rule of law and all relationships between domestic private-sector partners and our military services.

As former Service Secretaries and retired senior military officers, proposed *amici*'s professional responsibilities required them to pursue national-security imperatives while complying with the law. Having devoted their careers to ensuring the military's fidelity to the rule of law, they are uniquely positioned to speak about the dangers of the misuse of powerful national-security authorities by civilian political leadership, not to address the serious concerns that led Congress to delegate the authority in question, but as retribution against a private company that has displeased the leadership. Because *amici*'s proposed brief would materially assist

the Court in evaluating considerations relevant to the petition for review, proposed *amici* respectfully submit that leave to file should be granted.

All the requirements for an *amici curiae* brief before this Court are satisfied. The proposed brief is timely given that it is filed within the time limits set by Federal Rule of Appellate Procedure 29(a)(6).  Moreover, no party will be prejudiced by this filing.  Accordingly, *amici* respectfully request this Court's leave to appear as *amici curiae* and to deem the accompanying proposed brief filed.

Respectfully submitted,

Dated: March 12, 2026

Clara J. Shin
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
cshin@cov.com

*/s/ Sarah E. Harrington*
Sarah E. Harrington
  *Counsel of Record*
Alexander A. Berengaut
David M. Zionts
Megan A. Crowley
Mishi Jain
Laila Ujayli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
sharrington@cov.com

*Counsel for Movants*
*Former Service Secretaries and*
*Retired Senior Military Officers*

# ADDENDUM

## CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES

**Parties and *Amici*.** Except for the additional proposed *amici* represented in this brief, all parties, intervenors, and *amici* appearing before this court are listed at Add.1 of the Addendum filed in conjunction with Petitioner's emergency stay motion.

**Action Under Review.** References to the actions at issue appear in Petitioner Anthropic PBC's ("Anthropic") Petition for Review, emergency stay motion, and associated exhibits.

**Related Cases.** This case has not previously been before this Court, any other United States court of appeals, or any other court in the District of Columbia. Anthropic has challenged its designation as a supply chain risk in *Anthropic PBC v. U.S. Dep't of War, et al.*, 3:26-cv-01996 (N.D. Cal.) (complaint filed Mar. 9, 2026), but that designation arises under a different statutory authority than the actions challenged here.

Dated: March 12, 2026

*/s/ Sarah E. Harrington*
Sarah E. Harrington

*Counsel for Movants*
*Former Service Secretaries and*
*Retired Senior Military Officers*

**CERTIFICATES OF COMPLIANCE AND SERVICE**

1.      I certify that this motion complies with the length limits and type-face and type-style requirements of Federal Rules of Appellate Procedure 27(d) and 32(a)(5)–(6) as it contains 380 words and was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

2.      On March 12, 2026, I filed this motion and the attached proposed brief with the Clerk of this Court via the CM/ECF system. All participants in the case are registered CM/ECF users, and service will be accomplished through that system.

Dated: March 12, 2026

*/s/ Sarah E. Harrington*
Sarah E. Harrington

*Counsel for Movants*
*Former Service Secretaries and*
*Retired Senior Military Officers*