# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

ANTHROPIC PBC,

*Petitioner,*

v.

U.S. DEPARTMENT OF WAR, PETER B. HEGSETH, in his official capacity as Secretary of War,

*Respondents.*

On Petition for Review of Department of War 41 U.S.C. § 4713

## NOTICE OF INTENT OF EMPLOYEES OF OPENAI AND GOOGLE IN THEIR PERSONAL CAPACITIES TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PETITIONER

Ori Lev
AI for Democracy Action Lab at
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite # 163
Washington DC 20006
(202) 579-4582
ori.lev@protectdemocracy.org

*Counsel for Amici Curiae*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amici curiae* are each individuals, not corporate entities, and are not subject to Rule 26.1.

# NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE *AMICUS CURIAE* BRIEF

Pursuant to D.C. Circuit Rule 29, employees of OpenAI and Google in their personal capacities hereby give notice of their intention to file an *amici curiae* brief in support of Petitioner. Both Respondents and Petitioner consent to the filing of this brief.

Dated: March 12, 2026

Respectfully submitted,

*/s/ Ori Lev*
Ori Lev
AI for Democracy Action Lab at
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington, D.C. 20006
(202) 579-4582
ori.lev@protectdemocracy.org

*Counsel for Amici Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, I electronically filed the foregoing document using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and will be served through the CM/ECF system.

Dated: March 12, 2026          */s/ Ori Lev*
                                Ori Lev
                                *Counsel for Amici Curiae*