# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 26-1049**  September Term, 2025

DOD-03/03/2026 Order

**Filed On:** March 13, 2026

Anthropic PBC,

    Petitioner

    v.

United States Department of War and Peter B. Hegseth, in his official capacity as Secretary of War,

    Respondents

**BEFORE:** Wilkins, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay, it is

**ORDERED** that respondents file a response to the emergency motion for a stay by March 19, 2026. Petitioner's reply is due by March 23, 2026.

### Per Curiam

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

            BY: /s/
                    Selena R. Gancasz
                    Deputy Clerk