26-1049

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

**ANTHROPIC PBC,**

*Petitioner,*

*v.*

**U.S. DEPARTMENT OF WAR, et al.,**

*Respondents.*

On Petition for Review of a Notice of the Department of War Under 41 U.S.C. § 4713

**UNOPPOSED MOTION OF CATHOLIC MORAL THEOLOGIANS AND ETHICISTS FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PETITIONER AND STAY PENDING REVIEW**

| | |
|---|---|
| KLUBES LAW GROUP<br>Benjamin Klubes<br>bklubes@klubeslaw.com<br>1717 K Street NW, Suite 900<br>Washington, DC 20006<br>(202) 753-5054 | HANSON BRIDGETT LLP<br>Matthew F. Miller<br>mmiller@hansonbridgett.com<br>Arezoo Jamshidi<br>ajamshidi@hansonbridgett.com<br>Patrick Burns<br>pburns@hansonbridgett.com<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>(415) 777-3200 |

*Attorneys for Amici Curiae*
Catholic Moral Theologians and Ethicists

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1(a) of the Federal Rules of Appellate Procedure and Circuit Rules 26.1 and 28(a)(1)(A), the *Amici* declare they are individuals and have nothing to disclose.

Dated: March 16, 2026                Respectfully submitted,

        By: /s/ *Benjamin Klubes*
        Benjamin Klubes
        bklubes@klubeslaw.com
        Klubes Law Group
        1717 K Street NW, Suite 900
        Washington, DC 20006
        (202) 753-5054

        Matthew F. Miller
        mmiller@hansonbridgett.com
        Arezoo Jamshidi
        ajamshidi@hansonbridgett.com
        Patrick Burns
        pburns@hansonbridgett.com
        Hanson Bridgett LLP
        425 Market Street, 26th Floor
        San Francisco, California 94105
        (415) 777-3200

        *Attorneys for Amici Curiae*
        Catholic Moral Theologians and Ethicists

## UNOPPOSED MOTION

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29, proposed *amici*, Catholic Moral Theologians and Ethicists, listed in the attached brief seek leave of the Court to file the attached brief as *amici curiae*. The proposed *amici* are scholars of Catholic moral theology, philosophy, and social thought who have written extensively on questions of human dignity, moral responsibility, and the ethical limits of technology. The proposed brief is offered to the Court for their perspective grounded in a longstanding moral tradition that bears directly on the issues raised by this action, while remaining attentive to the factual record and the technical realities of modern artificial intelligence.

Counsel for the proposed *amici* conferred with the parties' counsel. Petitioner Anthropic PBC consents to this motion and the Respondents do not oppose or take any position on the motion.

This Court should exercise its broad discretion to permit the proposed *amici* to participate as amici curiae in support of preliminary relief. All the requirements for an *amici curiae* brief before this Court have been satisfied. The proposed brief is timely because it is being filed

3

within the time limits set by Federal Rule of Appellate Procedure 29(a)(6). No party will be prejudiced by this filing. Accordingly, amici respectfully request this Court's leave to appear as amici curiae and to deem the accompanying proposed brief filed.

Pursuant to D.C. Circuit Rule 29(d), counsel for Amici certify that a separate brief is necessary. This brief is filed at the emergency motion stage on an expedited timeline that did not permit coordination with other amici. Moreover, Amici's perspective as moral theologians and ethicists is distinct from that of other amici supporting Anthropic's emergency motion, and a separate brief is necessary to present that perspective to the Court.

22791571.2

Dated: March 16, 2026  Respectfully submitted,

By: /s/ *Benjamin Klubes*
Benjamin Klubes
bklubes@klubeslaw.com
Klubes Law Group
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 753-5054

Matthew F. Miller
mmiller@hansonbridgett.com
Arezoo Jamshidi
ajamshidi@hansonbridgett.com
Patrick Burns
pburns@hansonbridgett.com
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, California 94105
(415) 777-3200

*Attorneys for Amici Curiae*
Catholic Moral Theologians and Ethicists

# CERTIFICATE OF COMPLIANCE AND SERVICE

1. I certify that this motion complies with the length limits and type-face and type-style requirements of Federal Rules of Appellate Procedure 27(d) and 32(a)(5)–(6) as it contains 297 words and was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

2. On March 16, 2026, I filed this motion and the attached proposed brief with the Clerk of this Court via the CM/ECF system. All participants in the case are registered CM/ECF users, and service will be accomplished through that system.

Dated: March 16, 2026                    Respectfully submitted,

                                          By: /s/ *Benjamin Klubes*
                                          Benjamin Klubes
                                          bklubes@klubeslaw.com
                                          Klubes Law Group
                                          1717 K Street NW, Suite 900
                                          Washington, DC 20006
                                          (202) 753-5054

                                          *Attorneys for Amici Curiae*
                                          Catholic Moral Theologians and Ethicists