**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

ANTHROPIC PBC,

*Petitioner*,

v.

U.S. DEPARTMENT OF WAR, ET AL.,

*Respondents*.

On Petition for Judicial Review of Department of War 41 U.S.C. § 4713
Notice

**MOTION OF PROPOSED *AMICI CURIAE*
TECHNET, SOFTWARE & INFORMATION INDUSTRY
ASSOCIATION, COMPUTER & COMMUNICATIONS INDUSTRY
ASSOCIATION, AND INFORMATION TECHNOLOGY
INDUSTRY COUNCIL
FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE* AND TO
FILE A BRIEF IN SUPPORT OF PETITIONER'S EMERGENCY
MOTION FOR A STAY PENDING REVIEW**

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and D.C.

Circuit Rules 27(a)(4) and 29(b), proposed *amici curiae* TechNet,

Software & Information Industry Association ("SIIA"), Computer &

Communications Industry Association ("CCIA"), and Information

Technology Industry Council ("ITI") respectfully move for leave to

participate as *amici curiae* and to file their proposed brief in support of petitioner Anthropic PBC's emergency motion for a stay pending review. Counsel for petitioner Anthropic PBC, consents to this motion. Respondents take no position on this motion.

The Court should exercise its broad discretion to permit the proposed *amici* to participate as *amici curiae* in support of preliminary relief. Proposed *amici* are trade organizations with specific expertise in the issues pending before this Court. Proposed *amici* draw on their members' extensive participation in federal procurement and national security contracting to explain how the challenged designation and cascading agency actions disrupt the carefully constructed statutory framework governing supply-chain risk determinations and governmentwide exclusions. Proposed *amici* further provide industry-specific context regarding the operational, compliance, and supply-chain consequences of the challenged order—matters unlikely to be fully presented by the parties but directly relevant to the Court's equitable analysis.

Proposed *amici* file this motion promptly and submit a proposed brief intended to assist the Court on an expedited basis without delaying

consideration of petitioner's emergency motion.

Pursuant to D.C. Circuit Rule 27(a)(4), the required Certificate of Parties and *Amici Curiae* and Disclosure Statement are attached as an addendum to this motion. Proposed *amici*'s brief is being filed separately.

For the foregoing reasons, proposed *amici* respectfully request leave to participate as *amici curiae* and to file their proposed brief.

Respectfully submitted,

/s/ Daniel W. Wolff
Daniel W. Wolff
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC  20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Counsel for Amici Curiae*

Dated: March 16, 2026

# ADDENDUM

## CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES

**Parties and *Amici*.** *Amici* are not aware of any other parties, intervenors, or *amici* who have entered an appearance in this Court, other than those listed in Addendum A of Petitioner's emergency stay motion or disclosed by other *amici* to date.

**Action Under Review.** References to the actions at issue in this case appear in Anthropic PBC's Petition for Review, emergency stay motion, and associated exhibits.

**Related Cases.** To date and to *Amici*'s knowledge and belief, this case has not previously been before this Court, any other United States Court of Appeals, or any other court in the District of Columbia. Anthropic has challenged its designation as a supply-chain risk under a distinct statutory authority in Anthropic *PBC v. U.S. Dep't of War*, No. 3:26-cv-01996 (N.D. Cal.) (Complaint filed Mar. 9, 2026).

/s/ Daniel W. Wolff
Daniel W. Wolff

# CERTIFICATE OF COMPLIANCE AND SERVICE

1.     I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 269 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Century Schoolbook.

2.     I hereby certify that on March 16, 2026, I filed this motion with the Clerk of this Court via the CM/ECF system. All participants in the case are registered CM/ECF users, and service will be accomplished through that system.

/s/ Daniel W. Wolff
Daniel W. Wolff

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| ANTHROPIC PBC,<br><br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF WAR AND PETER B. HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF WAR.<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 26-1049<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RULE 26.1 DISCLOSURE STATEMENT OF
## INDUSTRY TRADE ASSOCIATIONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, *amici curiae* certify the following:

TechNet does not have any parent companies. No publicly traded company has a 10% or greater ownership interest in TechNet.

The Software & Information Industry Association ("SIIA") does not have any parent companies. No publicly traded company has a 10% or greater ownership interest in SIIA.

The Computer & Communications Industry Association ("CCIA") does not have any parent companies. No publicly traded company has a 10% or greater ownership interest in CCIA.

The Information Technology Industry Council ("ITI") does not have any parent companies. No publicly traded company has a 10% or greater ownership interest in ITI.

Respectfully submitted,

/s/ Daniel W. Wolff
Daniel W. Wolff
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC  20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
*Counsel for Amici Curiae*

Dated: March 16, 2026