[ORAL ARGUMENT NOT YET SCHEDULED]
No. 26-1049

_____

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA

_____

ANTHROPIC, PBC,

*Petitioner*

v.

U.S. DEPARTMENT OF WAR, PETER B. HEGSETH, in his official capacity as Secretary of War,

*Respondents*

_____

On Petition for Judicial Review of Department of War 41 U.S.C. § 4713 Notice

_____

**NOTICE OF ACT | THE APP ASSOCIATION'S INTENTION TO PARTICIPATE AS AMICUS CURIAE IN SUPPORT OF PETITIONER'S EMERGENCY MOTION FOR A STAY PENDING REVIEW**

_____

Pursuant to D.C. Circuit Rule 29(b), ACT | The App Association ("ACT") notifies the Court of its intention to timely file an *amicus curiae* brief in support of Petitioner. Petitioner consents and Respondents do not oppose ACT's participation as an *amicus curiae*.

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, the amicus is ACT. ACT has no parent company, and no publicly held company owns 10% or more of ACT.

ACT is a non-profit advocacy and education organization representing software developers, particularly the small business developer, innovator, and entrepreneur community that creates countless software applications and connected technologies used on mobile devices and in enterprise systems. While ACT's individual members are generally small businesses, their cumulative contribution to the American economy is massive. The economy ACT represents is valued at approximately $1.8 trillion and is responsible for 6.1 million U.S. jobs.[1] ACT members create technology solutions for a wide array of industries, from agriculture to healthcare to manufacturing to consumer products. ACT members also play an important role in supporting the federal government, including the agencies responsible for national security and defense. Some ACT members are contractors providing products or services directly to the United States military and government agencies; many provide business-to-business and other enterprise solutions to companies; and still more provide innovative products and services to individual consumers.

ACT intends to submit a brief in support of Petitioner's Motion for a Stay. ACT's brief will discuss how the Department of War's actions have created severe uncertainty and confusion for small businesses in the defense supply

---

[1] State of the App Economy, ACT | The App Association (2023), *available at* https://actonline.org/wp-content/uploads/APP-Economy-Report-FINAL-1.pdf.

chain and broader digital economy, highlighting practical impossibilities (e.g., tracing whether open-source code, dependencies, or SaaS tools indirectly used Claude), risks of unintentional violations, chilling effects on innovation, and pressure to avoid advanced AI tools altogether, ultimately harming U.S. competitiveness, government efficiency, and long-term national security. ACT's brief will also urge the Court to enjoin the designation to protect small developers' ability to support defense logistics and innovation.

Dated: March 17, 2026

Respectfully submitted,

*/s/ Brian Scarpelli*

Brian Scarpelli
ACT | The App Association
1401 K St. Northwest, Ste 501
Washington, District of Columbia 20005
(517) 517-1446
bscarpelli@actonline.org

*Counsel for Proposed Amicus Curiae*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2026, I electronically filed the foregoing motion, addendum, and Exhibit A with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, which served all counsel of record registered to receive notice through CM/ECF.

Dated: March 17, 2026

<u>/s/ Brian Scarpelli</u>

Brian Scarpelli