[ORAL ARGUMENT NOT YET SCHEDULED]
No. 26-1049

———————————————

# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA

———————————————

ANTHROPIC, PBC,

*Petitioner*

v.

U.S. DEPARTMENT OF WAR, PETER B. HEGSETH, in his official capacity as Secretary of War,

*Respondents*

———————————————

On Petition for Judicial Review of Department of War 41 U.S.C. § 4713 Notice

———————————————

**MOTION OF ACT | THE APP ASSOCIATION FOR LEAVE TO PARTIC-IPATE AS AMICUS CURIAE AND TO FILE THE ATTACHED PRO-POSED BRIEF IN SUPPORT OF PETITIONER'S EMERGENCY MO-TION FOR A STAY PENDING REVIEW**

———————————————

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and D.C. Circuit Rules 27(a)(4) and 29(b), proposed amicus curiae ACT | The App Association respectfully moves for leave to participate as amici curiae and to file the attached proposed brief in support of petitioner Anthropic, PBC's emergency motion for a stay pending review.

Counsel for petitioner Anthropic, PBC, consents to this motion. Respondents do not oppose the filing of a timely amicus brief.

Granting leave will not disrupt the Court's consideration of the pending emergency matters. Proposed amici file this motion promptly and submit a proposed brief intended to assist the Court on an expedited basis without delaying consideration of petitioner's emergency motion.

Pursuant to D.C. Circuit Rule 27(a)(4), the required Certificate of Parties and Amici Curiae and Disclosure Statement are attached as an addendum to this motion. Proposed amici's brief is attached as Exhibit A. For the foregoing reasons, proposed amici respectfully request leave to participate as amici curiae and to file the attached proposed brief.

Dated: March 17, 2026

Respectfully submitted,

*/s/ Brian Scarpelli*

Brian Scarpelli
ACT | The App Association
1401 K St. Northwest, Ste 501
Washington, District of Columbia 20005
(517) 517-1446
bscarpelli@actonline.org

*Counsel for Proposed Amicus Curiae*

2

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 470 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14- point Times New Roman.

/s/ Brian Scarpelli

Brian Scarpelli

CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, I electronically filed the foregoing motion, addendum, and Exhibit A with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, which served all counsel of record registered to receive notice through CM/ECF. I further caused copies of the foregoing motion, addendum, and Exhibit A to be served by electronic mail on the following:


Sharon Swingle

sharon.swingle@usdoj.gov


Sean R. Janda

sean.r.janda@usdoj.gov


Brian J. Springer

brian.j.springer@usdoj.gov

/s/ Brian Scarpelli

Brian Scarpelli

4

# ADDENDUM

# CERTIFICATE PARTIES AND AMICUS CURIAE

Pursuant to D.C. Circuit Rule 27(a)(4), proposed amicus curiae ACT certifies as follows:

The petitioner is Anthropic, PBC.

The respondents are the U.S. Department of War and Peter B. Hegseth, in his official capacity as Secretary of War.

There are no intervenors.

The proposed amicus curiae is ACT | The App Association.

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, proposed amici curiae state as follows:

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, the entity amicus is ACT. ACT has no parent company, and no publicly held company owns 10% or more of ACT.

ACT is a non-profit advocacy and education organization representing software developers, particularly the small business developer, innovator, and entrepreneur community that creates countless software applications and connected technologies used on mobile devices and in enterprise systems. While ACT's individual members are generally small businesses, their cumulative contribution to the American economy is massive. The economy ACT represents is valued at approximately $1.8 trillion and is responsible for 6.1 million U.S. jobs.[1] ACT members create technology solutions for a wide array of industries, from agriculture to healthcare to manufacturing to consumer products.

ACT members also play an important role in supporting the federal government, including the agencies responsible for national security and defense. Some ACT members are contractors providing products or services directly to the United

---

[1] State of the App Economy, ACT | The App Association (2023), *available at* https://actonline.org/wp-content/uploads/APP-Economy-Report-FINAL-1.pdf.

States military and government agencies; many provide business-to-business and other enterprise solutions to companies; and still more provide innovative products and services to individual consumers.