NOT YET SCHEDULED FOR ORAL ARGUMENT

**No. 26-1049**

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

————————————

ANTHROPIC PBC,

*Petitioner*,

v.

UNITED STATES DEPARTMENT OF WAR; PETER B. HEGSETH, in
his official capacity as secretary of war,

*Respondents*.

————————————

On Petition for Judicial Review of Department of War 41 U.S.C. § 4713
Notice

————————————

**MOTION OF 149 FORMER JUDGES AND DEMOCRACY
DEFENDERS FUND FOR LEAVE TO FILE BRIEF AS *AMICI
CURIAE* IN SUPPORT OF PETITIONER**

Pursuant to Federal Rule of Appellate Procedure 29(a)(2), proposed

*amici*, 149 former federal and state judges listed in the attached brief and

Democracy Defenders Fund, seek leave of the Court to file the attached

brief as *amici curiae* in support of Petitioner.  Proposed *amici* submit this

brief to provide the Court with the perspective of other judges, including

judges appointed by presidents and governors of both political parties,

who have served for decades in federal and state courts and applied the

1

traditional tools of statutory interpretation in a wide range of contexts. Counsel for proposed *amici* have conferred with the parties' counsel and are authorized to state that Petitioner Anthropic PBC consents to this motion and that the Respondents take no position on the motion.

This Court should exercise its discretion to allow the proposed *amici* to submit their brief in this case. As former judges, *amici* have a deep and abiding interest in supporting the rule of law, preserving the independent role of the judiciary, and ensuring that its functions are not displaced by either political branch—including in cases involving issues related to national defense and foreign policy.

Proposed *amici* will provide this Court with a valuable perspective. Collectively, they have served for centuries in federal and state courts. Proposed *amici* have dedicated their careers to impartially interpreting and applying the law. They have a firsthand understanding of the ability of judges to apply standard tools of statutory interpretation in a wide range of sensitive contexts while affording appropriate deference to the policy and national security judgments of other branches of government. Because *amici*'s proposed brief would materially assist the Court in

2

evaluating the petition for review, proposed *amici* respectfully submit that the Court should grant leave to file.

All requirements to file an *amici curiae* brief in this Court have been satisfied. The proposed brief is timely under FRAP 29(a)(6) because it has been filed less than seven days after Petitioner's principal brief. No party will be prejudiced by this filing. *Amici* therefore respectfully request this Court's leave to appear as *amici curiae* and that the Court deem the accompanying proposed brief filed.

March 17, 2026

Norman L. Eisen
Stephen A. Jonas
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE
#15180
Washington, DC 20003
*Counsel for Former Judges*

Lauren Goldman
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave.
New York, NY 10166-0193
(212) 351-4000
LGoldman@gibsondunn.com
*Counsel for Democracy Defenders Fund*

Respectfully submitted,

Gregg J. Costa
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002-6117
(346) 718-6600

/s/ Sophia Brill

Sophia Brill
   *Counsel of Record*
Connor P. Mui
GIBSON, DUNN & CRUTCHER LLP
1700 M St. NW
Washington, DC 20036-4504
(202) 955-8500
SBrill@gibsondunn.com

Martie Kutscher
GIBSON, DUNN & CRUTCHER LLP
310 University Ave.
PALO ALTO, CA 94301-1744
(650) 849-5300
*Counsel for Democracy Defenders Fund*

## CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), *amici curiae* submit this certificate as to parties, rulings, and related cases.

### A.    PARTIES AND AMICI

As of March 17, 2026, the date on which this brief was filed, *amici* are not aware of any other parties, intervenors, or *amici* who have entered an appearance in this Court, other than those listed in the briefs of Petitioner and Respondents or disclosed by other *amici* to date.

### B.    RULINGS UNDER REVIEW

References to the rulings at issue appear in Addendum A to Petitioner's Emergency Motion for Stay Pending Review.

### C.    RELATED CASES

*Anthropic PBC v. U.S. Department of War, et al.*, No. 26-cv-1996 (N.D. Cal.).  Counsel is unaware of any other related cases currently pending before this Court or any other court.

March 17, 2026                    Respectfully submitted,

                                 /s/ Sophia Brill
                                 Sophia Brill

                                 *Counsel for Democracy Defenders Fund*

4

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that this motion complies with the length limits and type-face and type-style requirements of Federal Rules of Appellate Procedure 27(d) as it contains 356 words and was prepared in a proportionally spaced typeface using Microsoft Word in 14-point New Century Schoolbook font.

I certify that on March 17, 2026, I caused a true and correct copy of this brief to be electronically filed through the Court's CM/ECF system, which will send a notice of filing to all registered users.

March 17, 2026                    Respectfully submitted,

                                 /s/ Sophia Brill
                                 Sophia Brill

                                 *Counsel for Democracy Defenders Fund*