WILMERHALE

March 26, 2026

**Kelly P. Dunbar**

+1 202 663 6262 (t)
+1 202 663 6363 (f)
kelly.dunbar@wilmerhale.com

**VIA CM/ECF**

Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave. NW
Washington, DC 20001

Re:  *Anthropic PBC v. Department of War*, No. 26-1049

Dear Mr. Cislak:

Pursuant to Federal Rule of Appellate Procedure 28(j), Anthropic writes to notify the Court that the U.S. District Court for the Northern District of California earlier today granted Anthropic's motion for a preliminary injunction in *Anthropic PBC v. Department of War*, No. 26-cv-1996. *See* Ex. A. The court preliminarily enjoined (1) the Department of War and other agency defendants from implementing, applying, or enforcing the President's February 27, 2026 social media post ordering all federal agencies to cease using Anthropic's technology, and (2) the Department of War and the Secretary of War from implementing, applying, or enforcing in any manner (a) Secretary Hegseth's February 27, 2026 social media post designating Anthropic a "Supply-Chain Risk to National Security" and (b) the Department's March 3, 2026 letter notifying Anthropic of the supply-chain risk designation under 10 U.S.C. § 3252. *See* Ex. B. The court concluded that Anthropic is likely to succeed in establishing that the federal government's actions violated the First Amendment, the Due Process Clause, and the Administrative Procedure Act. The court also concluded that Anthropic would suffer irreparable injury without preliminary relief and that the remaining equitable factors weighed in favor of such relief.

Although the court's decision did not address 41 U.S.C. § 4713—the supply-chain risk authority at issue in Anthropic's petition for review in this Court—the issues substantially overlap with those presented by Anthropic's petition, and the court's decision further supports Anthropic's entitlement to a stay pending review here.

Respectfully submitted,

*/s/  Kelly P. Dunbar*
Kelly P. Dunbar

Wilmer Cutler Pickering Hale and Dorr LLP, 2100 Pennsylvania Avenue NW, Washington DC 20037
Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington