**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**DOCKETING STATEMENT**
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 26-1049                    2. DATE DOCKETED: 03/09/2026

3. CASE NAME (lead parties only) Anthropic PBC        v. U.S. Department of War et al.

4. TYPE OF CASE: ■ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ◯ Yes ⦿ No
   If YES, cite statute _____

6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: U.S. Department of War
   b. Give agency docket or order number(s): N/A
   c. Give date(s) of order(s) 02/27/2026, 03/03/2026
   d. Has a request for rehearing or reconsideration been filed at the agency? ◯ Yes ⦿ No
      If so, when was it filled? _____ By whom? _____
      Has the agency acted? ◯ Yes ⦿ No  If so, when? _____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      See Addendum A
      _____
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ◯ Yes ⦿ No    If YES, identify case name(s), docket number(s), and court(s)
      Anthropic has challenged the Department's actions relying on separate statutory authority in Anthropic PBC v. U.S. Department of War, 3:26-cv-1996 (N.D. Cal.).
   g. Are any other caess, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ⦿ Yes ◯ No    If YES, give case name(s) and number(s) of these cases and identify court/agency:
      See Addendum B
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ◯ Yes ⦿ No  If YES, provide program name and participation dates.
      The parties have not engaged in arbitration, mediation, or formal alternative dispute resolution. Anthropic worked to negotiate an amicable resolution in early March. Anthropic remains open to reaching an agreed resolution with the government.

Signature /s/ Kelly P. Dunbar                    Date 04/08/2026
Name of Party (Print) Anthropic PBC
Name of Counsel for Appellant/Petitioner (Print) Kelly P. Dunbar
Address 2100 Pennsylvania Avenue NW Washington, DC 20037
E-Mail kelly.dunbar@wilmerhale.com    Phone ( 202 ) 663 6000    Fax ( 202 ) 663 - 6363

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. An original and three copies of such letter should be submitted.

USCA Form 41
August 2009 (REVISED)

## Addendum A

41 U.S.C. § 1327 provides that a party may bring a challenge to a determination pursuant to 41 U.S.C. § 4713 within 60 days of receiving notice of such a determination. As set forth in Anthropic's motion to stay and accompanying declarations, the challenged supply-chain risk designation inflicts constitutional, reputational, and financial injuries on Anthropic that would be redressed by judicial relief.

## Addendum B

The U.S. District Court for the Northern District of California issued a preliminary injunction involving similar issues regarding the Department's separate authority under 10 U.S.C. § 3252 in *Anthropic PBC v. U.S. Department of War*, 3:26-cv-1996 (N.D. Cal.). The government has appealed. *Anthropic PBC v. U.S. Department of War*, No. 26-2011 (9th Cir.).

## CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and Rule 25 of the Circuit Rules for the United States Court of Appeals for the District of Columbia Circuit, I hereby certify that I filed the foregoing document with the Court's CM/ECF system on April 8, 2026, and that all parties or their counsel of record are registered as ECF Filers and will be served by the CM/ECF system

*/s/ Kelly P. Dunbar*
KELLY P. DUNBAR