**No. 26-1049**

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

ANTHROPIC PBC,

*Petitioner*,

*v.*

U.S. DEPARTMENT OF WAR, PETER B. HEGSETH, in his official capacity as Secretary of War,

*Respondents*.

On Petition for Judicial Review of Department of War 41 U.S.C. § 4713 Notice Before The Honorables Robert L. Wilkins, Gregory G. Katsas, and Neomi Rao

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

MICHAEL J. MONGAN
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
(628) 235-1000
michael.mongan@wilmerhale.com

EMILY BARNET
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
emily.barnet@wilmerhale.com

KELLY P. DUNBAR
JOSHUA A. GELTZER
KEVIN M. LAMB
ANNEKE DUNBAR-GRONKE
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
kelly.dunbar@wilmerhale.com
joshua.geltzer@wilmerhale.com
kevin.lamb@wilmerhale.com
anneke.dunbar-gronke@wilmerhale.com

April 8, 2026

Pursuant to Circuit Rule 28(a)(1) and this Court's March 9, 2026 Order, Anthropic PBC submits this Certificate as to Parties, Rulings, and Related Cases.

### A. Parties, Intervenors, and Amicus Curiae

<u>Petitioner</u>

Petitioner is Anthropic PBC.

<u>Respondents</u>

Respondents are the United States Department of War and Peter B. Hegseth in his official capacity as Secretary of War.

<u>Intervenors</u>

There are no intervenors in this action.

<u>Amici</u>

The following amici participated in support of Anthropic PCB's Motion to Stay, listed in the order of their appearance on this Court's docket: Employees of OpenAI and Google in their personal capacities; Foundation for Individual Rights and Expression; Electronic Frontier Foundation; Cato Institute; Chamber of Progress; First Amendment Lawyers Association; Alan Z. Rozenshtein; Freedom Economy Business Association; Candide Group; Howard Fischer; Thomas Haslett; Investor Advocates for Social Justice; Mission Driven Finance; The Nathan Cummings Foundation, Inc.; Omidyar Network LLC; Pluralize Capital; The Interfaith Center on Corporate Responsibility; Humanize Wealth; John O'Farrell;

Foundation for American Innovation, Fifty Years; Fathom; ChinaTalk; Martin Chorzempa; Alex Imas; Pangram; Institute for Progress; Dean Ball; Dwarkesh Patel; Roots of Progress; Saif Khan; Former Service Secretaries; Retired Senior Military Officers; Former Senior National Security Government Officials; American Civil Liberties Union; Center for Democracy and Technology; Catholic Moral Theologians and Ethicists; TechNet; Software & Information Industry Association; Computer & Communications Industry Association; Information Technology Industry Council; ACT – The App Association; 149 Former Judges; and Democracy Defenders Fund.

No amici have appeared in this Court in support of Respondents.

## B.    Rulings Under Review

Petitioner challenges the Department of War's determination that Anthropic presents a supply-chain risk to national security under the Federal Acquisition Supply Chain Security Act of 2018, 41 U.S.C. § 4713, memorialized in a February 27, 2026 social media post; a letter to Anthropic dated March 3, 2026, but received on March 4, 2026; and a document labeled "Determination" dated March 3, 2026, but received on March 19, 2026.

## C.    Related Cases

This case has not previously been before this Court, any other United States court of appeals, or any other court in the District of Columbia. This case

challenges the designation of Anthropic as a supply-chain risk under a different statutory authority from 10 U.S.C. § 3252, which was relied on for the designation preliminarily enjoined by the district court in *Anthropic PBC v. U.S. Department of War*, No. 3:26-cv-1996, Dkts. 134, 135 (N.D. Cal. Mar. 26, 2026), *appeal docketed*, No. 26-2011 (9th Cir. Apr. 2, 2026).


Dated: April 8, 2026

MICHAEL J. MONGAN
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
(628) 235-1000
michael.mongan@wilmerhale.com

EMILY BARNET
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
emily.barnet@wilmerhale.com

Respectfully submitted.

*/s/ Kelly P. Dunbar*
KELLY P. DUNBAR
JOSHUA A. GELTZER
KEVIN M. LAMB
ANNEKE DUNBAR-GRONKE
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
kelly.dunbar@wilmerhale.com
joshua.geltzer@wilmerhale.com
kevin.lamb@wilmerhale.com
anneke.dunbar-gronke@wilmerhale.com

**CERTIFICATE OF SERVICE**

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and Rule 25 of the Circuit Rules for the United States Court of Appeals for the District of Columbia Circuit, I hereby certify that I filed the foregoing document with the Court's CM/ECF system on April 8, 2026, and that all parties or their counsel of record are registered as ECF Filers and will be served by the CM/ECF system

/s/ *Kelly P. Dunbar*
KELLY P. DUNBAR