**No. 26-1049**

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

ANTHROPIC PBC,

*Petitioner*,

*v.*

U.S. DEPARTMENT OF WAR, PETER B. HEGSETH, in his official capacity as Secretary of War,

*Respondents*.

On Petition for Judicial Review of Department of War 41 U.S.C. § 4713 Notice
Before The Honorables Robert L. Wilkins, Gregory G. Katsas, and Neomi Rao

**PETITIONER'S STATEMENT OF ISSUES**

MICHAEL J. MONGAN
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
(628) 235-1000
michael.mongan@wilmerhale.com

EMILY BARNET
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
emily.barnet@wilmerhale.com

KELLY P. DUNBAR
JOSHUA A. GELTZER
KEVIN M. LAMB
ANNEKE DUNBAR-GRONKE
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
kelly.dunbar@wilmerhale.com
joshua.geltzer@wilmerhale.com
kevin.lamb@wilmerhale.com
anneke.dunbar-gronke@wilmerhale.com

April 8, 2026

**STATEMENT OF ISSUES**

Pursuant to this Court's March 9, 2025 Order, Petitioner Anthropic PBC

submits the following preliminary statement of the issues presented for review:

1.   Whether Secretary of War Peter B. Hegseth's determination that Anthropic presents a supply-chain risk under 41 U.S.C. § 4713 is (1) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; (2) contrary to constitutional right; (3) in excess of statutory jurisdiction, authority, or limitation, or short of statutory right; (4) lacking substantial support in the administrative record; or otherwise (5) not in accord with procedures required by law.

2.   Whether the Secretary's determination that Anthropic presents a supply-chain risk under 41 U.S.C. § 4713 violates Anthropic's Fifth Amendment due process rights.

3.   Whether the Secretary's determination that Anthropic presents a supply-chain risk under 41 U.S.C. § 4713 violates Anthropic's First Amendment rights.

Dated: April 8, 2026

Respectfully submitted.

*/s/ Kelly P. Dunbar*

MICHAEL J. MONGAN
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
(628) 235-1000
michael.mongan@wilmerhale.com

KELLY P. DUNBAR
JOSHUA A. GELTZER
KEVIN M. LAMB
ANNEKE DUNBAR-GRONKE
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
kelly.dunbar@wilmerhale.com
joshua.geltzer@wilmerhale.com
kevin.lamb@wilmerhale.com
anneke.dunbar-gronke@wilmerhale.com

EMILY BARNET
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
emily.barnet@wilmerhale.com

**CERTIFICATE OF SERVICE**

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and Rule 25 of the Circuit Rules for the United States Court of Appeals for the District of Columbia Circuit, I hereby certify that I filed the foregoing document with the Court's CM/ECF system on April 8, 2026, and that all parties or their counsel of record are registered as ECF Filers and will be served by the CM/ECF system

*/s/ Kelly P. Dunbar*
KELLY P. DUNBAR