**No. 26-1049**

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

ANTHROPIC PBC,

*Petitioner*,

*v.*

U.S. DEPARTMENT OF WAR, PETER B. HEGSETH, in his official capacity as Secretary of War,

*Respondents*.

On Petition for Judicial Review of Department of War 41 U.S.C. § 4713 Notice
Before The Honorables Robert L. Wilkins, Gregory G. Katsas, and Neomi Rao

## CERTIFICATE OF UNDERLYING DECISIONS

MICHAEL J. MONGAN
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
(628) 235-1000
michael.mongan@wilmerhale.com

EMILY BARNET
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
emily.barnet@wilmerhale.com

KELLY P. DUNBAR
JOSHUA A. GELTZER
KEVIN M. LAMB
ANNEKE DUNBAR-GRONKE
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
kelly.dunbar@wilmerhale.com
joshua.geltzer@wilmerhale.com
kevin.lamb@wilmerhale.com
anneke.dunbar-gronke@wilmerhale.com

April 8, 2026

In accordance with the Court's March 9, 2026 Order, Petitioner Anthropic PBC hereby files the agency documents underlying the challenged supply-chain risk designation: (1) a February 27, 2026 social media post by the U.S. Secretary of War designating Anthropic a supply-chain risk (attached as Exhibit 1); and (2) a March 3, 2026 letter from the Secretary memorializing that designation as an exercise of authority under 41 U.S.C. § 4713 that was sent to Anthropic on March 4, 2026 (attached as Exhibit 2); and (3) a March 3, 2026 document labeled "Determination" purporting to designate Anthropic a supply-chain risk under 41 U.S.C. § 4713(c) that was sent to Anthropic on March 19, 2026 (attached as Exhibit 3). Exhibits 1 and 2 were previously filed in the addendum to the Petition for Review. Exhibit 3 was previously filed in the addendum to the government's Response in Opposition to Anthropic's Emergency Motion for Stay Pending Review.

1

Dated: April 8, 2026                                          Respectfully submitted.

MICHAEL J. MONGAN
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
(628) 235-1000
michael.mongan@wilmerhale.com

EMILY BARNET
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
emily.barnet@wilmerhale.com

*/s/ Kelly P. Dunbar*
KELLY P. DUNBAR
JOSHUA A. GELTZER
KEVIN M. LAMB
ANNEKE DUNBAR-GRONKE
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
kelly.dunbar@wilmerhale.com
joshua.geltzer@wilmerhale.com
kevin.lamb@wilmerhale.com
anneke.dunbar-gronke@wilmerhale.com

**CERTIFICATE OF SERVICE**

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and Rule 25 of the Circuit Rules for the United States Court of Appeals for the District of Columbia Circuit, I hereby certify that I filed the foregoing document with the Court's CM/ECF system on April 8, 2026, and that all parties or their counsel of record are registered as ECF Filers and will be served by the CM/ECF system

/s/ Kelly P. Dunbar
KELLY P. DUNBAR