# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1049**                                **September Term, 2025**

**DOD-03/03/2026 Order**

**Filed On: April 20, 2026** [2169502]

Anthropic PBC,

      Petitioner

      v.

United States Department of War and Peter
B. Hegseth, in his official capacity as
Secretary of War,

      Respondents

**BEFORE:**    Henderson, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion of pro se movant James Lakner for leave to file a brief amicus curiae, it is

**ORDERED** that the motion be denied.  The Clerk is directed to note the docket accordingly.

### Per Curiam

             **FOR THE COURT:**
             Clifton B. Cislak, Clerk

      BY:    /s/
             Michael C. McGrail
             Deputy Clerk