ORAL ARGUMENT SCHEDULED MAY 19, 2026

No. 26-1049

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

ANTHROPIC PBC,

*Petitioner,*

*v.*

U.S. DEPARTMENT OF WAR, *et al.,*

*Respondents.*

ON PETITION FOR REVIEW
OF A NOTICE OF THE DEPARTMENT OF WAR UNDER 41 U.S.C. § 4713

**AMENDED NOTICE OF INTENT OF FREEDOM ECONOMY BUSINESS ASSOCIATION AND VALUES-LED INVESTORS TO FILE *AMICI CURIAE* IN SUPPORT OF PETITIONER AND GRANTING REVIEW**

The Norton Law Firm PC
Josephine K. Petrick
jpetrick@nortonlaw.com
   *Counsel of Record*
Fred Norton
Jo Levy
Celine G. Purcell
Heather Bates
Hayley Landman
Saja Spearman–Weaver
300 Frank H. Ogawa Plaza, Ste. 450
Oakland, CA 94612
510-906-4900

ATTORNEYS FOR *AMICI CURIAE* FREEDOM ECONOMY
BUSINESS ASSOCIATION AND VALUES-LED INVESTORS

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1(a) of the Federal Rules of Appellate Procedure and Circuit Rules 26.1 and 28(a)(1)(A), *Amici* provide the following disclosures.

The full list of *Amici* appears in the accompanying Appendix of *Amici*.

*Amici* Howard Fischer, Thomas Haslett, and John O'Farrell are individuals and have nothing to disclose.

Nine of the *Amici* listed in the Appendix are companies, associations, nonprofit organizations, or other similar entities that have no parent company and in which no publicly held company has a 10% or greater ownership interest.  Those *Amici* are:

- Freedom Economy Business Association

- Candide Group

- Investor Advocates for Social Justice

- The Nathan Cummings Foundation, Inc.

- Pluralize Capital

- Interfaith Center on Corporate Responsibility, and

- Humanize Wealth

- Adasina Social Capital

- American Federation of Teachers

Two of the *Amici* listed in the Appendix are companies, associations, nonprofit organizations, or similar organizations that have a parent company and/or in which a publicly held company has a 10% or greater ownership interest.  Those *Amici* are:

- Mission Driven Finance (MDF) – its Parent corporation, MDF AP Holdings, LLC owns more than 10% of MDF's shares.

- Omidyar Network LLC – its Parent corporation, ON Affiliates LLC, owns more than 10% of Omidyar Network LLC's shares.

*See* Cir. R. 26.1(a).

With respect to the *Amici* that are entities, as detailed in the enclosed Interest of *Amici*, their general nature and purpose is to serve as trade organizations of institutional investors, asset managers, asset owners, allocators, and service providers committed to advancing just, equitable, and sustainable investment practices. *See id.* R. 26.1(b).

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE *AMICUS CURIAE* BRIEF

Pursuant to D.C. Circuit Rule 29, Freedom Economy Business Association and values-led investors, all listed on Appendix of *Amici*, hereby give notice of their intention to file an *amici curiae* brief in support of Petitioner. Both Respondents and Petitioner consent to the filing of this brief.

Dated: April 22, 2026

*/s/ Josephine K. Petrick*
Josephine K. Petrick
Attorneys for *Amici Curiae*

4