**ORAL ARGUMENT SCHEDULED FOR MAY 19, 2026**
No. 26-1049

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

ANTHROPIC PBC,

*Petitioner,*

v.

U.S. DEPARTMENT OF WAR AND PETER B. HEGSETH, in his official capacity as
Secretary of War,

*Respondents*.

---

On Petition for Review of Department of War 41 U.S.C. § 4713

---

**NOTICE OF CONSENT TO PARTICIPATE AS *AMICI CURIAE* BY**
**EMPLOYEES OF OPENAI AND GOOGLE IN THEIR PERSONAL**
**CAPACITIES IN SUPPORT OF PETITIONER**

---

Ori Lev
AI for Democracy Action Lab at
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #
163
Washington DC 20006
(202) 579-4582
ori.lev@protectdemocracy.org

*Counsel for Amici Curiae*

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amici curiae* are each individuals, not corporate entities, and are not subject to Rule 26.1.

## <u>NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE <u>*AMICUS CURIAE* BRIEF</u></u>

Pursuant to D.C. Circuit Rule 29, employees of OpenAI and Google in their personal capacities hereby give notice of their intention to file an *amici curiae* brief in support of Petitioner. Both Respondents and Petitioner consent to the filing of this brief.

Dated: April 22, 2026

Respectfully submitted,

*/s/ Ori Lev*
Ori Lev
AI for Democracy Action Lab at
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington, D.C. 20006
(202) 579-4582
ori.lev@protectdemocracy.org

*Counsel for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2026, I electronically filed the foregoing document using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and will be served through the CM/ECF system.

Dated: April 22, 2026                  */s/ Ori Lev*
                                       Ori Lev
                                       *Counsel for Amici Curiae*