# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |  |
|---|---|---|
| ANTHROPIC PBC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 26-1049 |
| | ) | |
| U.S. DEPARTMENT OF WAR, PETER B. | ) | |
| HEGSETH, IN HIS OFFICIAL | ) | |
| CAPACITY AS SECRETARY OF WAR, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## REPRESENTATION OF CONSENT TO FILE AMICUS CURIAE BRIEF OF INDUSTRY TRADE ASSOCIATIONS

Pursuant to Circuit Rule 29(b) and Section IX(A)(4) of this Court's *Handbook of Practice and Internal Procedures*, TechNet, The Software & Information Industry Association, The Computer & Communications Industry Association, and the Information Technology Industry Council (together, the "Industry Trade Associations") hereby notify the Court of their intent to participate in this case as *amici curiae* in support of Petitioner.

Petitioner Anthropic PBC has consented to the Industry Trade Associations' participation as *amici curiae*, and *amici curiae* have been

informed that the government respondents have provided blanket

consent for all *amicus curiae* briefs.

<div style="margin-left: 40%;">

Respectfully submitted,

/s/ Daniel W. Wolff
Daniel W. Wolff
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC  20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Counsel for Amici Curiae*

</div>

Dated: April 22, 2026

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 22, 2026, the foregoing notice was served on all parties or their counsel of record through the CM/ECF system.

<u>/s/ Daniel W. Wolff</u>
Daniel W. Wolff

Dated: April 22, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ANTHROPIC PBC, <br><br> Petitioner, <br><br> v. <br><br> U.S. DEPARTMENT OF WAR, PETER B. HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF WAR, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> No. 26-1049 |

## RULE 26.1 DISCLOSURE STATEMENT OF
## INDUSTRY TRADE ASSOCIATIONS

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, *amici curiae* certify the following:

TechNet does not have any parent companies. No publicly traded company has a 10% or greater ownership interest in TechNet.

The Software & Information Industry Association ("SIIA") does not have any parent companies. No publicly traded company has a 10% or greater ownership interest in SIIA.

The Computer & Communications Industry Association ("CCIA") does not have any parent companies. No publicly traded company has a 10% or greater ownership interest in CCIA.

The Information Technology Industry Council ("ITI") does not have any parent companies. No publicly traded company has a 10% or greater ownership interest in ITI.

Respectfully submitted,

/s/ Daniel W. Wolff
Daniel W. Wolff
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC  20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
*Counsel for Amicus Curiae*

Dated: April 22, 2026