ORAL ARGUMENT SCHEDULED MAY 19, 2026

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ANTHROPIC PBC,
            Petitioner,
            v.
U.S. DEPARTMENT OF WAR, *et al.*,
            Respondents.

No. 26-1049

## NOTICE OF FILING CERTIFIED INDEX
## TO ADMINISTRATIVE RECORD

The government hereby provides notice of the filing of the certified

index to the administrative record underlying the challenged action in this

case.

Respectfully submitted,

SHARON SWINGLE

 s/ Sean R. Janda
SEAN R. JANDA
BRIAN J. SPRINGER
*Attorneys, Appellate Staff*
*Civil Division, Room 7260*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-3388*
*sean.r.janda@usdoj.gov*

April 2026

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

|  |  |  |
|---|---|---|
| ANTHROPIC PBC, | ) | |
| | ) | |
| | ) | 2 3 APR 2026 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 26-1049 |
| U.S. DEPARTMENT OF WAR, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

**DESIGNATION AND CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Emil Michael, hereby declare and certify as follows:

1.      I am the Under Secretary of War for Research and Engineering (USW(R&E)) and Chief Technology Officer for the Department of War (DoW).  I have held this position since May 20, 2025.

2.      As the USW(R&E), I am aware of the process by which the agency compiled the administrative record for Secretary of War Hegseth's determination in accordance with 41 U.S.C. § 4713, designating Anthropic a supply chain risk.

3.      To the best of my knowledge, information, and belief, the documents that are referenced in the attached Administrative Record Index constitute all non-privileged, unclassified materials that were considered, directly or indirectly, by the Secretary of War in making his 41 U.S.C. § 4713 determination.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

1

Executed on April 23, 2026, at Washington, D.C.

/s/

Emil Michael

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| ANTHROPIC PBC, | ) |
|  | ) |
|  | ) |
| Petitioner, | ) |
|  | ) |
| v. | ) |
|  | ) No. 26-1049 |
| U.S. DEPARTMENT OF WAR, *et al.*, | ) |
|  | ) |
| Respondents. | ) |
|  | ) |
|  | ) |

ADMINISTRATIVE RECORD INDEX

| Document Title/Description |
|---|
| December 4, 2025, – February 15, 2026, Email Correspondence between DoW and Anthropic Regarding Contract Negotiations |
| DoW Contract Language – Clean Proposal [30 Jan 2026] |
| DoW Contract Language – Condense Version [8 Feb 2026] |
| February 16–20, 2026, Email Correspondence between DoW and Anthropic Regarding Contract Negotiations |
| 2.20 DoW Contract |
| February 25–26, 2026, Email Correspondence between DoW and Anthropic Regarding Contract Negotiations |
| U.S Federal Government Usage Policy Addendum for Anthropic Partner |
| The Adolescence of Technology by Dario Amodei (January 2026) |
| Anthropic-Pentagon Clash Over Limits on AI Puts $200 Million Contract at Risk, *Wall Street Journal* (January 29, 2026) |
| Pentagon clashes with Anthropic over military AI use, sources say, *Reuters* (January 29, 2026, updated January 30, 2026) |

| |
|---|
| Anthropic's Chief on A.I.: 'We Don't Know if the Models are Conscious', *The New York Times* (February 12, 2026) |
| Read Anthropic CEO's Memo Attacking OpenAI's Mendacious Pentagon Announcement, *The Information* (March 4, 2026) |
| Determination in accordance with Title 41 U.S.C. Section 4713 |
| Notice to Anthropic of determination pursuant to Title 41 U.S.C. Section 4713 |
| Congressional notification of determination pursuant to Title 41 U.S.C. Section 4713 |
| Declaration of Emil Michael (March 19, 2026) |
| Declaration of Emil Michael in support of the Administrative Record (April 20, 2026) |