# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-1049**                                    **September Term, 2025**

**DOD-03/03/2026 Order**

**Filed On: May 6, 2026** [2172079]

Anthropic PBC,

        Petitioner

        v.

United States Department of War and Peter
B. Hegseth, in his official capacity as
Secretary of War,

        Respondents

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for May 19, 2026, at 9:30 A.M.:

|  |  |  |
|---|---|---|
| Petitioner | - | 15 Minutes |
| Respondents | - | 15 Minutes |

One counsel per side to argue.  The panel considering this case will consist of Circuit Judges Henderson, Katsas, and Rao.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by May 8, 2026.

**Per Curiam**

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)