**ORAL ARGUMENT SCHEDULED FOR
MAY 19, 2026, AT 9:30 A.M.**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 26-1049**

---

ANTHROPIC PBC,

*Petitioner,*

v.

UNITED STATES DEPARTMENT OF WAR, ET AL.

*Respondents.*

---

*On Petition for Judicial Review of
Department of War 41 U.S.C. § 4713 Notice*

---

**NOTICE OF WITHDRAWAL OF SOPEN B. SHAH
AS COUNSEL FOR *AMICI CURIAE* FOUNDATION
FOR INDIVIDUAL RIGHTS AND EXPRESSION,
ELECTRONIC FRONTIER FOUNDATION, CATO
INSTITUTE, CHAMBER OF PROGRESS, AND
FIRST AMENDMENT LAWYERS ASSOCIATION**

---

PLEASE TAKE NOTICE that Sopen B. Shah, of the law firm Perkins Coie LLP, hereby withdraws as counsel of record for *amici curiae* Foundation for Individual Rights and Expression, Electronic Frontier Foundation, Cato Institute, Chamber of Progress, and First Amendment Lawyers Association. She is transitioning to another law firm, and her

-2-

withdrawal is unrelated to the merits of this case. Because other counsel from Perkins Coie LLP, Addison W. Bennett and Sarah Grant, have appeared on behalf of aforementioned *amici*, this withdrawal does not prejudice any party and will not impact the procedural calendar in any way.

Date:  May 6, 2026

Respectfully submitted,

*/s/ Sopen B. Shah*

Sopen B. Shah
PERKINS COIE LLP
33 E. Main Street, Ste 201
Madison, WI 53703
Telephone: 608.663.7460
SShah@perkinscoie.com