ORAL ARGUMENT SCHEDULED FOR MAY 19, 2026
No. 26-1049

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

ANTHROPIC PBC,

*Petitioner*,

*v.*

U.S. DEPARTMENT OF WAR, ET AL.,

*Respondents.*

On Petition for Judicial Review of Department of War 41 U.S.C. § 4713 Notice

**NOTICE OF WITHDRAWAL OF ALEXANDER A. BERENGAUT
AS COUNSEL FOR *AMICI CURIAE*
FORMER SERVICE SECRETARIES AND
RETIRED SENIOR MILITARY OFFICERS**

PLEASE TAKE NOTICE that Alexander A. Berengaut is leaving the law firm Covington & Burling LLP, and his appearance for *amici curiae* Former Service Secretaries and Retired Senior Military Officers should be withdrawn in this matter. His withdrawal is unrelated to the merits of this case, does not prejudice any party, and will not impact the procedural calendar in any way. *Amici* will continue to be represented by other Covington & Burling LLP counsel of record in this matter.

Respectfully submitted,

Dated: May 12, 2026

Clara J. Shin
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
cshin@cov.com

/s/ Alexander A. Berengaut
Sarah E. Harrington
    *Counsel of Record*
Alexander A. Berengaut
David M. Zionts
Megan A. Crowley
Mishi Jain
Laila Ujayli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
aberengaut@cov.com

*Counsel for Amici Curiae*
*Former Service Secretaries and*
*Retired Senior Military Officers*

## CERTIFICATE OF SERVICE

On May 12, 2026, I filed this notice with the Clerk of this Court via the CM/ECF system. All participants in the case are registered CM/ECF users, and service will be accomplished through that system.

Dated: May 12, 2026

/s/ *Alexander A. Berengaut*
Alexander A. Berengaut

*Counsel for Amici Curiae*
*Former Service Secretaries and*
*Retired Senior Military Officers*