# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1049**                                    **September Term, 2025**

**DOD-03/03/2026 Order**

**Filed On: May 19, 2026** [2174157]

Anthropic PBC,

      Petitioner

    v.

United States Department of War and Peter
B. Hegseth, in his official capacity as
Secretary of War,

      Respondents

    **BEFORE:**    Henderson, Katsas, and Rao, Circuit Judges

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on May 19, 2026 at 9:30 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    Kelly P. Dunbar, counsel for Petitioner.

    Sharon Swingle (DOJ), counsel for Respondents.

              **FOR THE COURT:**
              Clifton B. Cislak, Clerk

    BY:    /s/
            Lillian R. Wright
            Deputy Clerk