ORAL ARGUMENT HELD MAY 19, 2026

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| ANTHROPIC PBC,<br><br>      Petitioner,<br><br>         v.<br><br>U.S. DEPARTMENT OF WAR, et al.,<br><br>      Respondents. | No. 26-1049 |

**JOINT MOTION FOR 7-DAY EXTENSION OF TIME
TO FILE SUPPLEMENTAL BRIEFS**

Pursuant to Federal Rules of Appellate Procedure 26, the parties respectfully move for a 7-day extension of time, to and including Thursday, June 4, 2026, in which to file supplemental briefs in this matter.

1. In this petition for review, petitioner Anthropic PBC challenges certain covered procurement actions that have been taken by the Secretary of War based on his determination that Anthropic presents a national security supply chain risk. *See* 41 U.S.C. § 4713.

On May 19, the Court held oral argument on the petition for review. On May 21, the Court entered an order directing the parties to file simultaneous supplemental briefs "addressing the effect, if any, of Anthropic's April 17

letter on this court's jurisdiction." Order (May 21, 2026). Those briefs are currently "due by 4:00 p.m. on May 28, 2026." *Id.*

2. The parties hereby jointly move to extend by 7 days the parties' deadline to file the requested supplemental briefs. The requested extension is necessary in light of government counsel's personal commitments. The three attorneys primarily responsible for preparing and supervising the government's supplemental brief are Sharon Swingle, Sean R. Janda, and Brian J. Springer. Each of those attorneys will be unavailable to prepare the supplemental brief on the existing schedule as a result of preexisting travel over Memorial Day weekend for various family commitments: Ms. Swingle will be driving between Washington, D.C., and northern Ohio to attend her son's college graduation and commencement; Mr. Janda is traveling with family and on pre-scheduled leave through Monday, May 25; and Mr. Springer has recently had a death in the family and, as a result, will be traveling between Washington, D.C., and Oregon over the weekend.

In addition, a short extension will provide the Department with additional time to act on petitioner's April 17 letter. As a result, such an extension may enable the parties to provide more helpful information to the Court in their supplemental filings.

2

3.  Petitioner agrees with the government's request for a 7-day extension, and petitioner believes that the same extension for petitioner's supplemental brief is warranted so that the briefs remain due simultaneously, as the Court's current schedule contemplates.

May 21, 2026

Respectfully submitted,

SHARON SWINGLE

| /s/ Kelly P. Dunbar | /s/ Sean R. Janda |
|---|---|
| KELLY P. DUNBAR | SEAN R. JANDA |
| JOSHUA A. GELTZER | BRIAN J. SPRINGER |
| KEVIN M. LAMB | (202) 514-3388 |
| ANNEKE DUNBAR-GRONKE |   Attorneys, Appellate Staff |
| SAMSON F. COHEN |   Civil Division |
| MEGAN O. GARDNER |   U.S. Department of Justice |
| Wilmer Cutler Pickering |   950 Pennsylvania Ave., N.W. |
|   Hale And Dorr LLP |   Washington, D.C. 20530 |
| 2100 Pennsylvania Avenue NW |  |
| Washington, DC 20037 |  |
| (202) 663-6000 |  |

MICHAEL J. MONGAN
Wilmer Cutler Pickering
  Hale And Dorr LLP
50 California Street, Suite 3600
San Francisco, CA 94111
(628) 235-1000

EMILY BARNET
Wilmer Cutler Pickering

Hale And Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 357 words.  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in CenturyExpd BT 14-point font, a proportionally spaced typeface.

/s/ Sean R. Janda
Sean R. Janda