# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-1049**                    **September Term, 2025**

**DOD-03/03/2026 Order**

**Filed On: May 22, 2026** [2174795]

Anthropic PBC,

      Petitioner

    v.

United States Department of War and Peter
B. Hegseth, in his official capacity as
Secretary of War,

      Respondents

**BEFORE:**    Henderson, Katsas, and Rao, Circuit Judges

**O R D E R**

Upon consideration of the joint motion for 7-day extension of time to file supplemental briefs, it is

**ORDERED** that the motion be granted. The parties' supplemental briefs are now due by 4:00 p.m. on June 4, 2026.

**Per Curiam**

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
        Scott H. Atchue
        Deputy Clerk