WILMERHALE

June 4, 2026

**Kelly P. Dunbar**

+1 202 663 6262 (t)
+1 202 663 6363 (f)
kelly.dunbar@wilmerhale.com

Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue NW
Washington, DC 20001

Re: *Anthropic PBC v. United States Department of War, et al., No. 26-1049*

Dear Mr. Cislak:

I write regarding Anthropic's supplemental brief filed earlier today in this case. At 11:33am EST this morning, I received an email from government counsel attaching a "Decision Regarding Reconsideration of Determination" dated June 3, 2026, signed by the Secretary of War. The Secretary's determination had a "CUI" marking, which I understand to stand for "Controlled Unclassified Information."

At the time I received the determination, Anthropic's supplemental brief was finalized, printed, and ready to be hand-delivered by the 4pm EST deadline set by the Court. Given that deadline as well as uncertainty about whether Anthropic could disclose a document with a CUI marking, I informed government counsel that we would proceed with filing Anthropic's supplemental brief. I also told government counsel that we planned to acknowledge to this Court receipt of the Secretary's determination, subject to the government confirming it was appropriate for us to do so given the CUI marking. Government counsel subsequently provided a version of the Secretary's determination without a CUI marking.

The Secretary has now filed his supplemental brief. In that brief, the Secretary acknowledges that he issued a decision on June 3, while providing no explanation for why that decision was not disclosed to Anthropic until 11:33am EST today, hours ahead of the supplemental briefing deadline. In any event, the Secretary's brief rightly urges the Court not to dismiss Anthropic's petition as premature. Nonetheless, absent an intervening decision by this Court holding that Anthropic's original petition was not jurisdictionally premature, Anthropic is evaluating whether it will file a protective petition for review out of an abundance

WILMERHALE

Clifton Cislak
June 4, 2026
Page 2


of caution. Either way, if it would be useful to the Court, Anthropic stands ready to provide additional supplemental briefing on why the June 3 determination confirms the merits of Anthropic's petition.

We would appreciate your circulating this letter to the members of the panel.


Sincerely,

*Kelly P. Dunbar*

Kelly P. Dunbar


Cc: Counsel of Record (via CM/ECF)