# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

Anthropic PBC,

Plaintiff-Appellant,

v.

United States Department of War, et al.,

Defendants-Appellees.

Case No. 26-1049

## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OUT OF TIME

Human Flag Association ("HFA") respectfully moves for leave to file the attached amicus curiae brief out of time.

HFA is a Switzerland-based humanitarian technical initiative conducting technical work concerning AI-mediated signaling and International Humanitarian Law compliance architectures, including the publicly available HF SIGNAL 01 protocol.

The proposed submission addresses a narrow technical and legal distinction concerning AI safeguard characterization and surrender-recognition capability in AI-enabled operational systems. Specifically, it demonstrates that certain safeguards

1

implement binding obligations under International Humanitarian Law.

The submission is offered solely to assist the Court regarding a specialized technical perspective that may not otherwise be fully represented in the present matter. HFA takes no position on the ultimate merits of the appeal.

HFA attempted to file electronically via CM/ECF but was unable to complete e-filing registration due to address verification requirements applicable to foreign entities. The physical PACER authentication token has been requested and is pending delivery.

In light of these unforeseen technical obstacles, and given the narrow, technical nature of the proposed submission, HFA respectfully requests leave to file out of time. The delay has been both unintentional and unavoidable.

---

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), no party's counsel authored this motion or the accompanying proposed amicus brief in whole or in part, and no person other than the movant contributed money intended to fund the preparation or submission of these materials.

This document complies with the type-volume limitation of Fed. R. App. P. 32(a) and was prepared in Times New Roman 14-point font.

---

## CERTIFICATE OF SERVICE

2

I hereby certify that on May 25, 2026, copies of the foregoing Motion for Leave to File Amicus Curiae Brief Out of Time and Proposed Amicus Curiae Brief were provided to counsel of record for the parties by electronic mail.

Respectfully submitted,

**Giovanni Nardacci**

Founder, Human Flag Association

Bellinzona, Switzerland

humanflag.org

humanflag@email.com

UNGM Partner No. 6126

May 25, 2026