# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-1049**                                    **September Term, 2025**

**DOD-03/03/2026 Order**

**Filed On: June 8, 2026** [2177388]

Anthropic PBC,

      Petitioner

      v.

United States Department of War and Peter
B. Hegseth, in his official capacity as
Secretary of War,

      Respondents

    **BEFORE:**    Henderson, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motion of Human Flag Association for leave to file a brief amicus curiae out of time, and the lodged brief amicus curiae, it is

**ORDERED** that the motion be denied.  The Clerk is directed to note the docket accordingly.

### Per Curiam

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

           BY:   /s/
                    Michael C. McGrail
                    Deputy Clerk