# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-1049**　　　　　　　　　　　　**September Term, 2025**

**DOD-03/03/2026 Order**
**DOD-06/03/2026 Order**

**Filed On:** June 24, 2026

Anthropic PBC,

　　　　　Petitioner

　　　v.

United States Department of War and Peter
B. Hegseth, in his official capacity as
Secretary of War,

　　　　　Respondents

**No. 26-1162**

**DOD-03/03/2026 Order**
**DOD-06/03/2026 Order**

Anthropic PBC,

　　　　　Petitioner

　　　v.

United States Department of War and Peter
B. Hegseth, in his official capacity as
Secretary of War,

　　　　　Respondents

　　**BEFORE:**　　Henderson*, Katsas, and Rao, Circuit Judges

## O R D E R

　　Upon consideration of petitioner's consent motion to consolidate and for supplemental briefing, it is

　　**ORDERED** that the motion be granted.  No. 26-1162 is hereby consolidated with No. 26-1049.  It is

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1049**                                        **September Term, 2025**

**FURTHER ORDERED** that the following supplemental briefing schedule will apply:

| | |
|---|---|
| Petitioner's Supplemental Brief<br>(not to exceed 2,500 words) | July 6, 2026 |
| Respondents' Supplemental Brief<br>(not to exceed 2,500 words) | July 24, 2026 |
| Petitioner's Supplemental Reply Brief<br>(not to exceed 1,000 words) | August 3, 2026 |

**<u>Per Curiam</u>**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
       Michael C. McGrail
       Deputy Clerk

* Circuit Judge Henderson would deny the motion for supplemental briefing.