# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 26-1049** **September Term, 2026**

FILED ON: SEPTEMBER 25, 2026

ANTHROPIC PBC,
PETITIONER

v.

UNITED STATES DEPARTMENT OF WAR AND PETER B. HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF WAR,
RESPONDENTS

---

Consolidated with 26-1162

---

On Petitions for Review of an Agency
Action of the Department of War

---

Before: HENDERSON, KATSAS, and RAO, *Circuit Judges*

**J U D G M E N T**

These causes came to be heard on the petitions for review of an agency action of the Department of War and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petitions for review be denied, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: September 25, 2026

Opinion for the court filed by Circuit Judge Katsas.
Dissenting opinion filed by Circuit Judge Henderson.