# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1049** **September Term, 2026**

**DOD-03/03/2026 Order**
**DOD-06/03/2026 Order**

**Filed On: September 25, 2026 [2194986]**

Anthropic PBC,

Petitioner

v.

United States Department of War and Peter B. Hegseth, in his official capacity as Secretary of War,

Respondents

------------------------------

Consolidated with 26-1162

**O R D E R**

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk