# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1049** **September Term, 2026**

**DOD-03/03/2026 Order**
**DOD-06/03/2026 Order**

**Filed On:** October 15, 2026

Anthropic PBC,

Petitioner

v.

United States Department of War and Peter B. Hegseth, in his official capacity as Secretary of War,

Respondents

------------------------------

Consolidated with 26-1162

**O R D E R**

Upon consideration of petitioner's petition for panel rehearing, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, respondents file a response to the petition for panel rehearing. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk