IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ANTHROPIC PBC,<br><br>Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF WAR, et al.,<br><br>Respondents. | Nos. 26-1049, 26-1162 |

**MOTION FOR 14-DAY EXTENSION OF TIME TO FILE RESPONSE TO REHEARING PETITION**

Pursuant to Federal Rule of Appellate Procedure 27, the government respectfully moves for a 14-day extension of time, to and including November 13, 2026, in which to file its response to petitioner's rehearing petition. Petitioner takes no position on this motion.

1. Petitioner is a company that makes an artificial intelligence model that has been used by the Department of War, including for classified and other sensitive tasks. The Department became concerned that petitioner might manipulate its model to enforce its own policy judgments about the appropriate ways for the Department to use the model. Following an administrative process, the Secretary designated petitioner a national

security supply chain risk under 41 U.S.C. § 4713, which prevents petitioner from bidding or being a subcontractor on certain procurements involving the Department's information technology systems. Petitioner sought review in this Court, and the panel majority rejected petitioner's challenges to the Secretary's decision on September 25, 2026.

2. On October 13, 2026, petitioner filed a petition for panel rehearing or rehearing en banc. This Court ordered the government to file a response to the rehearing petition by October 30, 2026.

3. The government respectfully requests a 14-day extension of time, to and including November 13, 2026, in which to file its response to petitioner's rehearing petition. The requested extension is necessary in light of government counsel's other appellate deadlines. Sean R. Janda and Brian J. Springer have principal responsibility for preparing the government's response in this case. Mr. Janda also has principal responsibility for the following matters with recent and upcoming deadlines: *In re Rengel*, No. 26-8006 (D.C. Cir.) (response to § 1292(b) petition due October 19, 2026); and additional internal matters. Mr. Springer also has principal responsibility for the following matters with upcoming deadlines: *United States v. Suirui Group Co., Ltd.*, No. 26-5179 (D.C. Cir.) (response brief due October 22, 2026,

as extended); *Maryland v. Patel*, No. 26-2158 (4th Cir.) (opening brief due November 4, 2026, as extended).

Sharon Swingle has supervisory responsibility for the government's response in this case. Ms. Swingle also has supervisory responsibility for the following matters with upcoming deadlines: *United States v. Suirui Group Co., Ltd.*, No. 26-5179 (D.C. Cir.) (response brief due October 22, 2026, as extended); *Bordbar v. Transportation Security Administration*, No. 25-1258 (D.C. Cir.) (oral argument scheduled November 3, 2026); *Maryland v. Patel*, No. 26-2158 (4th Cir.) (opening brief due November 4, 2026, as extended); *Husch Blackwell LLP v. Department of Commerce*, No. 26-5173 (D.C. Cir.) (response brief due November 9, 2026, as extended); *Cali v. Trump*, No. 26-5172 (D.C. Cir.) (reply brief due November 12, 2026); *Byrne v. National Security Agency*, No. 26-5016 (9th Cir.) (response brief due November 13, 2026).

4. Counsel for petitioner has authorized us to state that petitioner takes no position on this motion.

Respectfully submitted,

SHARON SWINGLE
SEAN R. JANDA

*/s/ Brian J. Springer*
BRIAN J. SPRINGER
(202) 616-5446
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

OCTOBER 2026

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 475 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in CenturyExpd BT 14-point font, a proportionally spaced typeface.

*/s/ Brian J. Springer*
Brian J. Springer

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2026, I filed and served the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*/s/ Brian J. Springer*
Brian J. Springer