**ORAL ARGUMENT HELD MAY 19, 2026**

Nos. 26-1049, 26-1162

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

ANTHROPIC PBC,

*Petitioner*,

*v.*

U.S. DEPARTMENT OF WAR, ET AL.,

*Respondents.*

---

On Petition for Judicial Review of Department of War 41 U.S.C. § 4713 Notice

---

**CONSENT MOTION FOR INVITATION TO PARTICIPATE AS *AMICI CURIAE* IN SUPPORT OF PETITIONER'S PETITION FOR REHEARING EN BANC BY FORMER SERVICE SECRETARIES AND RETIRED SENIOR MILITARY OFFICERS**

Pursuant to Circuit Rule 40(f) and Federal Rule of Appellate Procedure 29(b)(2), proposed *Amici* former Service Secretaries and retired senior military officers listed in the attached brief respectfully request an invitation to participate as *amici curiae* and/or an order accepting the attached *amicus* brief in support of Petitioner's petition for rehearing en banc. Proposed *Amici* submit their brief to provide the Court with the perspective of former high-ranking military leaders whose professional responsibilities required them to pursue national-security imperatives while complying with the law. Counsel for proposed *Amici* have

conferred with the parties' counsel and are authorized to state that the parties consent to this motion.

This Court should exercise its broad discretion to permit the proposed *Amici*—former Service Secretaries and retired senior military officers—to participate as *amici curiae* in support of rehearing. Proposed *Amici* come from different backgrounds, have served in different military departments, and have a range of different perspectives; but they share a profound commitment to the rule of law as a cornerstone of national security. They have a strong interest in this case because invoking national-security authorities outside congressionally established limits threatens the rule of law and critical relationships between domestic private-sector partners and our military services.

As former Service Secretaries and retired senior military officers who have devoted their careers to ensuring the military's fidelity to the rule of law, proposed *Amici* are uniquely positioned to speak about the dangers of the misuse of powerful national-security authorities by civilian political leadership—not to address the serious concerns that led Congress to delegate the authority in question, but as retribution against a private company that has displeased the leadership. Because *Amici*'s proposed brief would materially assist the Court in evaluating considerations relevant to the petition for rehearing, proposed *Amici* respectfully submit that their request for an invitation to participate should be granted.

All of this Court's requirements for an *amicus* brief are satisfied. The proposed brief is timely given that it is filed within the time limits set by Federal Rule of Appellate Procedure 29(b)(5). Moreover, no party will be prejudiced by this filing. Accordingly, *Amici* respectfully request an invitation to participate as *amici curiae* and/or an order accepting the accompanying proposed brief.

Respectfully submitted,

Dated: October 20, 2026

*/s/ Sarah E. Harrington*
Sarah E. Harrington
*Counsel of Record*
David M. Zionts
Megan A. Crowley
Mishi Jain
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
sharrington@cov.com

Clara J. Shin
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
cshin@cov.com

*Counsel for Movants*
*Former Service Secretaries and*
*Retired Senior Military Officers*

**CERTIFICATES OF COMPLIANCE AND SERVICE**

1. I certify that this motion complies with the length limits and typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d) and 32(a)(5)–(6) as it contains 369 words and was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

2. On October 20, 2026, I filed this motion and the attached proposed brief with the Clerk of this Court via the CM/ECF system. All participants in the case are registered CM/ECF users, and service will be accomplished through that system.

Dated: October 20, 2026

*/s/ Sarah E. Harrington*
Sarah E. Harrington

*Counsel for Movants*
*Former Service Secretaries and*
*Retired Senior Military Officers*