ORAL ARGUMENT HELD ON MAY 19, 2026
No. 26-1049 (lead); No. 26-1162 (consolidated)

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

ANTHROPIC PBC,

*Petitioner*,

v.

U.S. DEPARTMENT OF WAR, PETER B. HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF WAR,

*Respondents.*

On Petition for Judicial Review of Department of War 41 U.S.C. § 4713 Notice

# MOTION OF FORMER SECRETARY OF DEFENSE LEON PANETTA AND THE INSTITUTE FOR SECURITY AND TECHNOLOGY FOR INVITATION TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PETITIONER'S PETITION FOR PANEL REHEARING OR REHEARING EN BANC

Matthew Klapper
Anjali Motgi
Elizabeth Deutsch
Andrew Cherry
Simon Chin
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000
mklapper@jenner.com
amotgi@jenner.com
edeutsch@jenner.com
acherry@jenner.com
schin@jenner.com

*Counsel for Amici Curiae Leon Panetta and the Institute for Security and Technology*

Former Secretary of Defense Leon Panetta and the Institute for Security and Technology (collectively, "Movants") respectfully request an invitation from this Court, under Circuit Rule 40(f), to submit a brief as *amici curiae* in support of Anthropic PBC's Petition for Panel Rehearing or Rehearing En Banc ("Petition"). Undersigned counsel represent that all parties have consented to the filing of Movant's brief.

## I. Interest of Prospective *Amici Curiae*

Proposed *amici* have a strong interest in this case that lies at the intersection of significant civilian military authorities and technological advancements, national security, and global stability.

*Amicus* former Secretary of Defense Leon Panetta has directed the Nation's military through numerous armed conflicts and has managed countless relationships between the government and the private sector that have materially enhanced American military capabilities. Secretary Panetta understands, through direct experience, the gravity and responsibility of deploying the Department of War's ("Department") most severe sanctions, including those designed to address threats to national security, and he is uniquely positioned to speak to the need to do so in a manner that protects the credibility of the Department in the eyes of industry and the public.

*Amicus* the Institute for Security and Technology ("IST") is a critical action think tank dedicated to the development of trustworthy technologies that advance national security and global stability. IST has been especially focused on the impact of the American developers of Artificial Intelligence ("AI") on global stability, and the interaction between those developers and government actors. Through its research, IST has developed a special expertise in AI security and the need to maintain American leadership in AI over China.

Movants understand that the government safeguards national security while private industry drives technological innovation—innovation that, in turn, drives American economic and national security. Movants filed an *Amici* brief in support of petitioner at the panel stage, Brief of Former Secretary of Defense Leon Panetta and The Institute for Security and Technology as *Amici Curiae* in Support of Petitioner (Apr. 22, 2026), Doc. No. 2169951, and request an invitation to file here because the panel decision compounds the harms Movants identified in that brief.

## II. Usefulness of Briefing by Prospective *Amici Curiae*

Movants respectfully submit that their proposed brief would be useful to this Court in determining whether to grant the Petition. Secretary Panetta is deeply committed to the institutional integrity and long-term credibility of the Department he previously directed and to the appropriate exercise of the Department's authorities, particularly in response to real or perceived threats to national security.

IST shares a related and profound commitment to technological advancement that furthers national security and global stability, and is also engaged with research and policy that facilitates the development of technologies that are neither exploitative nor untrustworthy. Movants are thus best situated to contextualize the adverse impact on the Department of pretextual and unwarranted use of authorities reserved for only the most extraordinary threats to national security, as well as the profoundly destabilizing impact on the American AI ecosystem and the global AI race that this particular pretextual use of such authorities is likely to have.

## CONCLUSION

For the foregoing reasons, Movants respectfully request that the Court invite them to file the accompanying brief *amici curiae*.

Dated: October 20, 2026

Respectfully submitted,

/s/ Matthew B. Klapper
Matthew B. Klapper
Anjali Motgi
Elizabeth Deutsch
Andrew Cherry
Simon Chin
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
(202) 639-6000
mklapper@jenner.com
amotgi@jenner.com
edeutsch@jenner.com
acherry@jenner.com
schin@jenner.com

*Counsel for Amici Curiae Leon Panetta and the Institute for Security and Technology*

**CERTIFICATE OF COMPLIANCE**

1. I hereby certify that this motion complies with the length limits set forth in Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 27(a)(2)(B), this motion contains 536 words.

2. I further certify that this motion complies with the typeface requirements set forth in Federal Rule of Appellate Procedure 32(a)(5)(A) and with the type-style requirements set forth in Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using 14-point Times New Roman font in Microsoft Office Word 365.

Dated: October 20, 2026

/s/ Matthew B. Klapper
Matthew B. Klapper

*Counsel for Amici Curiae Leon Panetta and the Institute for Security and Technology*

## CERTIFICATE OF SERVICE

On October 20, 2026, I caused this motion to be electronically filed with the Clerk of this Court via the CM/ECF system. All participants in the case are registered CM/ECF users, and service will be accomplished through that system.

Dated: October 20, 2026

/s/ Matthew B. Klapper
Matthew B. Klapper

*Counsel for Amici Curiae Leon Panetta and the Institute for Security and Technology*