ORAL ARGUMENT HELD MAY 19, 2026
No. 26-1049 (lead); No. 26-1162 (consolidated)

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

ANTHROPIC PBC,

*Petitioner*,

v.

U.S. DEPARTMENT OF WAR, *et al.*,

*Respondents.*

On Petition for Panel Rehearing or Rehearing En Banc

# CONSENT MOTION OF FORMER SENIOR NATIONAL SECURITY GOVERNMENT OFFICIALS FOR INVITATION TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PETITIONER'S PETITION FOR PANEL REHEARING OR REHEARING EN BANC

Harold Hongju Koh
Bruce Swartz
Peter Gruber Rule of Law Clinic
Yale Law School
127 Wall Street, P.O. Box 208215
New Haven, Connecticut 06520
(203) 432-4932
harold.koh@ylsclinics.org
bruce.swartz@ylsclinics.org

Alexis Loeb
Anthony Schoenberg
John Ugai
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400
aloeb@fbm.com
tschoenberg@fbm.com
jugai@fbm.com

*Counsel for Amici Curiae*
*Former National Security Government Officials*

Movants respectfully request an invitation from this Court, under Circuit Rule 40(f), to submit their brief as *amici curiae* in support of Petitioner Anthropic PBC's Petition for Panel Rehearing or Rehearing En Banc. *See, e.g.*, Order, *Global Health Council v. Trump*, No. 25-5097 (D.C. Cir. Aug. 28, 2025) (granting motions requesting invitations to file *amicus curiae* briefs in support of a petition for rehearing en banc). Proposed *amici* submit their brief to provide the Court with the perspective of high-ranking national security leaders who offer a unique understanding of what is at stake if the panel's decision stands, drawing from their experience as senior-level advisers familiar with and involved in recent, consequential national security decisions. Pursuant to D.C. Circuit Rule 29(b), undersigned counsel for *amici curiae* represents that Petitioner and Respondents consent to the filing of this brief.

## I. Interest of *Amici Curiae*

This Court should exercise its broad discretion to invite the proposed *amici* to participate as *amici curiae* in support of rehearing en banc. Proposed *amici* are former senior national security officials, diplomats, intelligence professionals, and subject-matter experts with decades of combined experience in defense procurement, supply chain security, and the protection of the U.S.'s technological advantage in matters of national defense. They have a strong interest in this case because they recognize the importance of artificial intelligence systems in U.S.

national security and believe that managing such systems and supply chain risks within the framework of the Constitution and the applicable statutes—including 10 U.S.C. § 3252 and 41 U.S.C. § 4713—is a national security imperative. They seek to participate as *amici curiae* because of their concern that the government's actions in this case distort the national security authorities invoked and risk undermining, rather than advancing, U.S. national security interests, both short-term and long.

## II. Briefing by Proposed *Amici Curiae* Will Aid the Court in this Case

*Amici* have held senior roles within the White House, National Security Council, Department of State, Department of Defense, Department of Justice, Department of Homeland Security, Office of Management and Budget, and other related national security and intelligence institutions, where they were responsible for implementing or advising on the statutory and constitutional authorities at issue in this litigation. Other *amici* have extensive experience evaluating supply chain vulnerabilities, protecting defense systems from infiltration by foreign adversaries, and facilitating responsible integration of emerging technologies into national security operations. *Amici* thus offer both significant practical experience managing supply chain risks within the applicable statutory and constitutional frameworks, as well as professional understanding of the conditions under which

advanced technologies—including frontier artificial intelligence systems—can be responsibly incorporated into defense and intelligence operations.

Accordingly, because *amici*'s proposed brief would materially assist the Court in evaluating considerations relevant to the petition for rehearing en banc, proposed *amici* respectfully request that the Court invite them to file the accompanying *amici curiae* brief.

Dated: October 20, 2026

Respectfully submitted,

By: */s/ Alexis Loeb*

Alexis Loeb
Anthony Schoenberg
John Ugai
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400
aloeb@fbm.com
tschoenberg@fbm.com
jugai@fbm.com

Harold Hongju Koh[1]
Bruce Swartz
Peter Gruber Rule of Law Clinic
Yale Law School
127 Wall Street, P.O. Box 208215
New Haven, Connecticut 06520
(203) 432-4932
harold.koh@ylsclinics.org
bruce.swartz@ylsclinics.org

*Counsel for Amici Curiae*
*Former National Security*
*Government Officials*

[1] Law student interns Mia Alvarez, Elizabeth Bailey, Kate Davidson, Marty Hooper, Simone Lipkind, Max Pushkin, and Brady Worthington contributed to the brief's drafting under supervision by counsel for *amici*.

**ADDENDUM**

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amici curiae* state that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

Dated: October 20, 2026

By: */s/ Alexis Loeb*
Alexis Loeb

*Counsel for Amici Curiae*
*Former National Security*
*Government Officials*

**CERTIFICATE OF COMPLIANCE WITH TYPE VOLUME LIMIT**

I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 477 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f) and 27(a)(2)(B).

I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: October 20, 2026

By: *<u>/s/ Alexis Loeb</u>*
Alexis Loeb

*Counsel for Amici Curiae Former National Security Government Officials*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on October 20, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: October 20, 2026

By: *\/s/ Alexis Loeb*

Alexis Loeb

*Counsel for Amici Curiae Former National Security Government Officials*