**ORAL ARGUMENT NOT YET SCHEDULED**
No. 26-1049

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

ANTHROPIC PBC,

*Petitioner,*

v.

U.S. DEPARTMENT OF WAR AND PETER B. HEGSETH, in his official capacity as Secretary of War,

*Respondents*.

On Petition for Judicial Review of Department of War 41 U.S.C. § 4713 Covered Procurement Actions

**MOTION FOR INVITATION TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PETITION FOR REHEARING PURSUANT TO D.C. CIRCUIT RULE 40(F)**

*Amici* engineers, researchers, scientists, and other professionals employed at U.S. frontier artificial intelligence laboratories hereby move for invitation to file an *Amici Curiae* Brief in Support of Petitioner's Petition for Panel Rehearing or Rehearing En Banc. It is hereby stated as follows:

1. Counsel for all parties have consented to the filing of this amicus brief.

2. The proposed amicus brief is attached to this motion and contains the full list of *amici* within it.

3. The implications of this case go far beyond the dispute at hand. As a group, *amici* are united in the conviction that today's frontier AI systems present risks when deployed to enable domestic mass surveillance or the operation of autonomous lethal weapons systems without human oversight, and that those risks require some kind of guardrails, whether via technical safeguards or usage restrictions. It is this conviction that brings *amici* before the Court to respectfully submit this brief, in the hopes that their understanding of the technology at issue and unique perspective as employees of companies currently engaged in fierce competition with Anthropic will shed some light on the stakes of this case and be of assistance to the Court in considering the petition for rehearing.

4. *Amici* previously filed amicus briefs in this case on two separate occasions. *See Amici Curiae* Brief of Employees of OpenAI and Google in Their Personal Capacities in Support of Petitioner (Mar. 13, 2026 in support of petitioner's stay motion); *Amici Curiae* Brief of Employees of OpenAI and Google in Their Personal Capacities in Support of Petitioner (Apr. 22, 2026 in support of petition for review).

WHEREFORE, *amici* respectfully request that this Court grant leave to file an amicus brief in support of the petition for panel rehearing or rehearing en banc.

Respectfully submitted,

October 20, 2026

*/s/ Ori Lev*
Ori Lev
AI for Democracy Action Lab at
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW
Suite 163
Washington DC 20006
(202) 579-4582
ori.lev@protectdemocracy.org

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

I certify, pursuant to Federal Rule of Appellate Procedure 32(g), that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 293 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

I further certify, pursuant to Federal Rule of Appellate Procedure 27(d)(1)(E) and 32(g), that this brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-point Times New Roman font.

Dated: October 20, 2026

*/s/ Ori Lev*
Ori Lev
*Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I electronically filed the foregoing document using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and will be served through the CM/ECF system.

*/s/ Ori Lev*
Ori Lev
*Counsel for Amici Curiae*