**No. 26-1049 (Consolidated with No. 26-1162)**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

ANTHROPIC PBC,

*Petitioner*,

v.

U.S. DEPARTMENT OF WAR, ET AL.,

*Respondents*.

On Petition for Review of Department of War 41 U.S.C. § 4713 Notice

# MOTION OF INDUSTRY TRADE ASSOCIATIONS FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE* AND TO FILE A BRIEF IN SUPPORT OF PETITIONER'S PETITION FOR PANEL REHEARING OR REHEARING EN BANC

---

Pursuant to Federal Rule of Appellate Procedure 29(b), proposed *amici curiae* TechNet, Software & Information Industry Association ("SIIA"), Computer & Communications Industry Association ("CCIA"), and Information Technology Industry Council ("ITI") respectfully move for leave to participate as *amici curiae* and to file their proposed brief in support of Petitioner's Petition for Panel Rehearing or Rehearing En Banc. All parties consent to this motion.

Proposed *amici* are trade organizations with specific expertise in the issues pending before this Court. Proposed *amici* submit this brief because a divided panel upheld an unbounded assertion of executive power that, if left uncorrected, would carry immediate, far-reaching, and concrete consequences for *amici*'s members and for the legal framework on which the entire government contracting community depends. Many of *amici*'s members contract with the U.S. Government, including the Department of War ("DoW"),[1] to provide mission-critical products and services, including AI technology. They would be harmed if the panel majority's opinion stands, allowing the transformation of a law targeted narrowly at intentional supply-chain risk manipulation into a broad power the government can use to supplant traditional procurement law, engendering uncertainty throughout the broader industry.

[1] The U.S. Department of War is the secondary name for the U.S. Department of Defense.

For the foregoing reasons, proposed *amici* respectfully request leave to participate as *amici curiae* and to file their proposed brief.

Respectfully submitted,

/s/ Daniel W. Wolff
Daniel W. Wolff
Sharmistha Das
Matthew F. Ferraro
Alexandra L. Barbee-Garrett
Stephanie L. Crawford
CROWELL & MORING LLP
600 Fifth Street., N.W.
Washington, DC 20001
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
dwolff@crowell.com

*Counsel for Amici Curiae*

Dated: October 20, 2026

**CERTIFICATE OF COMPLIANCE AND SERVICE**

1. I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 222 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Century Schoolbook.

2. I hereby certify that on October 20, 2026, I filed this motion with the Clerk of this Court via the CM/ECF system. All participants in the case are registered CM/ECF users, and service will be accomplished through that system.

/s/ Daniel W. Wolff
Daniel W. Wolff

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| ANTHROPIC PBC,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF WAR AND PETER B. HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF WAR.<br><br>Respondent. | ) | No. 26-1049 |

**RULE 26.1 DISCLOSURE STATEMENT OF**
**INDUSTRY TRADE ASSOCIATIONS**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, *amici curiae* certify the following:

TechNet does not have any parent companies. No publicly traded company has a 10% or greater ownership interest in TechNet.

The Software & Information Industry Association ("SIIA") does not have any parent companies. No publicly traded company has a 10% or greater ownership interest in SIIA.

The Computer & Communications Industry Association ("CCIA") does not have any parent companies. No publicly traded company has a 10% or greater ownership interest in CCIA.

The Information Technology Industry Council ("ITI") does not have any parent companies. No publicly traded company has a 10% or greater ownership interest in ITI.

Respectfully submitted,

/s/ Daniel W. Wolff
Daniel W. Wolff
CROWELL & MORING LLP
600 Fifth Street., N.W.
Washington, DC 20001
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
dwolff@crowell.com

*Counsel for Amici Curiae*

Dated: October 20, 2026