**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**No. 26-1049 (lead); No. 26-1162 (consolidated)**

ANTHROPIC PBC,

*Petitioner,*

v.

UNITED STATES DEPARTMENT OF WAR; PETER B. HEGSETH, in his official capacity as Secretary of War,

*Respondents.*

*On Petitions for Judicial Review of*
*Department of War 41 U.S.C. § 4713 Covered Procurement Actions*

# CONSENT MOTION OF THE FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION, THE ELECTRONIC FRONTIER FOUNDATION, THE CATO INSTITUTE, CHAMBER OF PROGRESS, AND THE FIRST AMENDMENT LAWYERS ASSOCIATION FOR INVITATION TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF PETITION FOR REHEARING EN BANC

The Foundation for Individual Rights and Expression, the Electronic Frontier Foundation, the Cato Institute, Chamber of Progress, and the First Amendment Lawyers Association respectfully move for an invitation from this Court, under Circuit Rule 40(f) and Federal Rule of Appellate Procedure 29(b)(2), to submit a brief as amici curiae in support of Anthropic PBC's petition for rehearing en banc (the "Petition"). Counsel for all parties consent to this request. The proposed brief complies with

Federal Rule of Appellate Procedure 29(b), which contemplates the filing of amicus briefs in support of petitions for rehearing with leave and which limits such briefs to 2,600 words. This motion and brief are being timely filed within seven days of the Petition.

Movants form an ideologically diverse set of advocates, thought leaders, and practitioners who offer a valuable perspective about the grave threats to freedom of speech at stake in this action.

The Foundation for Individual Rights and Expression (FIRE) is a nonpartisan nonprofit that defends the rights of all Americans to free speech and free thought—the essential qualities of liberty. Since 1999, FIRE has successfully defended these rights nationwide in cases implicating these freedoms, without regard to speakers' political views. Through litigation and advocacy, FIRE works to protect expressive rights in the digital realm. It frequently participates as an *amicus curiae* in litigation presenting First Amendment concerns.

The Electronic Frontier Foundation (EFF) is a non-profit public interest organization that works to ensure new technology enhances, rather than erodes, civil liberties. With tens of thousands of dues-paying members, EFF has advocated for thirty-five years in favor of user rights and protections. EFF has participated, either directly or as amicus, in litigation to ensure our nation's surveillance programs operate in accordance with federal law and the Constitution.

The Cato Institute is a nonpartisan public policy research

foundation founded in 1977 and dedicated to advancing the principles of individual liberty, free markets, and limited government. Cato's Robert A. Levy Center for Constitutional Studies was established in 1989 to help restore the principles of limited constitutional government that are the foundation of liberty. Toward those ends, Cato publishes books and studies, conducts conferences, and produces the annual Cato Supreme Court Review.

Chamber of Progress is a tech-industry coalition devoted to a progressive society, economy, workforce, and consumer climate. It seeks to protect internet freedom and free speech, promote innovation and economic growth, and empower technology customers and users. As an advocate for preserving free online speech, Chamber of Progress opposes governmental attempts to force or restrict access to speech.[1]

The First Amendment Lawyers Association (FALA) is a nonprofit organization comprised of attorneys across the United States with a shared commitment to preserving and advancing the rights guaranteed by the First Amendment. Since its founding in the 1960s, FALA has actively participated in cases concerning free expression, freedom of the press, and restrictions on speech in public spaces. FALA members are often on the front lines of First Amendment litigation, and the organization frequently appears as *amicus* to protect against government

[1] A list of Chamber of Progress partners is available at Partners (2026), https://progresschamber.org/partners/.

encroachment on constitutional expression.

Movants have previously filed amicus briefs in this matter and the related matter, *Anthropic PBC v. U.S. Department of War, et al.*, No. 26-cv-1996 (N.D. Cal.). Movants respectfully submit that their proposed brief would aid this Court in determining whether to grant the Petition by elaborating on the core First Amendment-protected expressive rights that Respondent's actions threaten, as well as on the foreseeable and severe societal harms that will arise if the panel majority's erroneous decision is left uncorrected.

Accordingly, movants FIRE, EFF, Cato Institute, Chamber of Progress, and FALA respectfully request that the Court invite them to file the accompanying brief as amici curiae.

Dated: October 20, 2026

Respectfully submitted,

*/s/Sarah Grant*

Sarah Grant
Todd M. Hinnen
ASHURST PERKINS COIE US LLP
1301 Second Avenue, Ste. 4200
Seattle, WA 98101
Telephone: 206.359.8000
Sarah.Grant@ashurstperkins.com
Todd.Hinnen@ashurstperkins.com

Addison W. Bennett
ASHURST PERKINS COIE US LLP
2525 E. Camelback Road, Ste. 500
Phoenix, AZ 85016
Telephone: 602.351.8000
Addison.Bennett@ashurstperkins.com

*Counsel for Movants the Foundation for Individual Rights and Expression, the Electronic Frontier Foundation, the Cato Institute, Chamber of Progress, and the First Amendment Lawyers Association*

**CERTIFICATES OF COMPLIANCE AND SERVICE**

I hereby certify that this motion complies with the typeface requirements of Federal Rules of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in proportionally spaced 14-point Century Schoolbook typeface, using Microsoft Word. I also certify that the motion complies with Fed. R. App. P. 27(d) because it contains 625 words.

I further certify that on October 20, 2026, I filed this brief with the Clerk of this Court via the CM/ECF system. All participants in the case are registered CM/ECF users, and service will be accomplished through that system.

Dated: October 20, 2026

*/s/ Sarah Grant*

Sarah Grant

*Counsel for Movants the Foundation for Individual Rights and Expression, the Electronic Frontier Foundation, the Cato Institute, Chamber of Progress, and the First Amendment Lawyers Association*