**No. 26-1049 (lead); 26-1162 (consolidated)**

# In The United States Court of Appeals for the District of Columbia Circuit

ANTHROPIC PBC,

PETITIONER,

v.

UNITED STATES DEPARTMENT OF WAR, PETER B. HEGSETH, in his official capacity as Secretary of War,

RESPONDENTS.

On Petitions for Review of Agency Action

## NOTICE OF INTENT TO FILE AMICUS BRIEF OF PROFESSOR KEVIN FRAZIER IN SUPPORT OF PETITIONER

Yar Chaikovsky
Andy LeGolvan
WHITE & CASE LLP
3000 El Camino Real 9th Floor
Palo Alto, CA 94304
Tel: (650) 213-0385

Mark S. Davies
Kufere Laing
Melissa A. Iannuzzi
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Tel: (202) 626-3600

*Attorneys for Amicus Curiae Kevin Frazier*

## NOTICE OF INTENT TO FILE AMICUS BRIEF

Pursuant to Fed. R. App. P. 29(a) and D.C. Circuit Rule 29(b), Professor Kevin Frazier represents that he intends to participate in this case as amicus curiae. Petitioner and Respondents have consented to the filing of this amicus brief.

Amicus is a prominent professor specializing in AI, technology policy, regulatory design, and constitutional law. He is the AI Innovation and Law Fellow at The University of Texas at Austin School of Law and the head of Texas Law's AI Innovation and Law Program.

Professor Frazier respectfully submits that this notice is timely filed under D.C. Circuit Rule 29(b). Professor Frazier intends to file his brief no later than October 20, 2026, in accordance with D.C. Circuit Rule 29(c). Pursuant to D.C. Circuit Rule 29(d), amicus certifies that he is not aware of any other amicus brief addressing the subject of this brief—the correct interpretation of "supply chain risk" under the Federal Acquisition Supply Chain Security Act (FASCA), 41 U.S.C. § 4713(k)(6), informed by its legislative history and structure—from the perspective of a scholar specializing in the intersection of technology and the law. A separate brief is necessary to permit amicus to offer his perspective on the issues before the Court.

Respectfully submitted,

Dated: October 20, 2026

By: <u>*/s/ Mark S. Davies*</u>
Mark S. Davies

Mark S. Davies
Kufere Laing
Melissa A. Iannuzzi
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Tel: (202) 626-3600

Yar Chaikovsky
Andy LeGolvan
WHITE & CASE LLP
3000 El Camino Real 9th Floor
Palo Alto, CA 94304
Tel: (650) 213-0385
*Attorneys for Amicus Curiae*
*Kevin Frazier*