**No. 26-1049 (lead); 26-1162 (consolidated)**

# In The United States Court of Appeals for the District of Columbia Circuit

ANTHROPIC PBC,

PETITIONER,

v.

UNITED STATES DEPARTMENT OF WAR, PETER B. HEGSETH, in his official capacity as Secretary of War,

RESPONDENTS.

On Petitions for Review of Agency Action

## CONSENT MOTION FOR INVITATION TO PARTICIPATE AS AMICUS CURIAE BY PROFESSOR KEVIN FRAZIER IN SUPPORT OF PETITIONER'S PETITION FOR REHEARING

Yar Chaikovsky
Andy LeGolvan
WHITE & CASE LLP
3000 El Camino Real 9th Floor
Palo Alto, CA 94304
Tel: (650) 213-0385

Mark S. Davies
Kufere Laing
Melissa A. Iannuzzi
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Tel: (202) 626-3600

*Attorneys for Amicus Curiae Kevin Frazier*

# CONSENT MOTION FOR INVITATION TO PARTICIPATE AS AMICUS CURIAE BY PROFESSOR KEVIN FRAZIER IN SUPPORT OF PETITIONER'S PETITION FOR REHEARING

Pursuant to Federal Rule of Appellate Procedure 29(b)(2) and D.C. Circuit Rule 40(f), Professor Kevin Frazier respectfully moves this Court for an invitation to file the attached brief, previously filed on October 20, 2026, in support of Petitioner Anthropic PBC's Petition for Rehearing or Rehearing En Banc. Petitioner and Respondents have consented to the filing of this amicus brief.

Movant seeking an invitation to file this amicus brief is a prominent professor specializing in AI, technology policy, regulatory design, and constitutional law. He is the AI Innovation and Law Fellow at The University of Texas at Austin School of Law and the head of Texas Law's AI Innovation and Law Program. Professor Frazier's participation as amicus will not cause the recusal of any member of the en banc court.

The attached proposed brief will aid the Court's consideration of Anthropic's Petition for Rehearing by explaining how the legislative history and structure of the Federal Acquisition Supply Chain Security Act (FASCA) should inform the Court's interpretation of "supply chain risk" under the 41 U.S.C. § 4713(k)(6) from the perspective of a scholar specializing in the intersection of technology and the law.

Professor Frazier respectfully submits that his brief was timely filed under D.C. Circuit Rule 29, as it was filed with the Court on October 20, 2026.

Accordingly, Professor Frazier respectfully requests an invitation to participate as amicus curiae and/or an order accepting the accompanying brief.

Respectfully submitted,

Dated: October 21, 2026

*/s/ Mark S. Davies*
Mark S. Davies

Mark S. Davies
Kufere Laing
Melissa A. Iannuzzi
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Tel: (202) 626-3600

Yar Chaikovsky
Andy LeGolvan
WHITE & CASE LLP
3000 El Camino Real 9th Floor
Palo Alto, CA 94304
Tel: (650) 213-0385
*Attorneys for Amicus Curiae Kevin Frazier*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 254 words, calculated by the word processing system used in its preparation (Microsoft Word). Further, this brief complies with the requirements of Federal Rule of Appellate Procedure 27(d)(1) because it has been prepared in a proportionately spaced typeface using Microsoft Word in Century Schoolbook 14-point font.

Dated: October 21, 2026

/s/ *Mark S. Davies*
Mark S. Davies

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October 2026, I caused a true copy of the foregoing to be filed through the Court's CM/ECF system, which will automatically serve all counsel of record.

Dated: October 21, 2026

/s/ *Mark S. Davies*
Mark S. Davies