Case No. 26-1049

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**ANTHROPIC PBC**

*Petitioner,*

*v.*

**U.S. DEPARTMENT OF WAR, et al.**

*Respondents.*

On Petition for Review of a Notice of the Department of War
Under 41 U.S.C. § 4713

## MOTION OF CATHOLIC MORAL THEOLOGIANS AND ETHICISTS FOR INVITATION TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PETITION FOR REHEARING EN BANC

**KLUBES LAW GROUP**
Benjamin B. Klubes
bklubes@klubeslaw.com
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 753-5054

**HANSON BRIDGETT LLP**
Matthew F. Miller
mmiller@hansonbridgett.com
Arezoo Jamshidi
ajamshidi@hansonbridgett.com
Patrick Burns
pburns@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
(415) 777-3200

*Attorneys for Amici Curiae*
Catholic Moral Theologians and Ethicists

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1(a) of the Federal Rules of Appellate Procedure and Circuit Rules 26.1 and 28(a)(1)(A), the *Amici* declare they are individuals and have nothing to disclose.

Dated: October 21, 2026

*/s/ Benjamin B. Klubes*
Benjamin B. Klubes
bklubes@klubeslaw.com
KLUBES LAW GROUP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 753-5054

Matthew F. Miller
mmiller@hansonbridgett.com
Arezoo Jamshidi
ajamshidi@hansonbridgett.com
Patrick Burns
pburns@hansonbridgett.com
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
(415) 777-3200

*Attorneys for Amici Curiae*
Catholic Moral Theologians and Ethicists

**MOTION FOR INVITATION TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PETITION FOR REHEARING EN BANC**

Catholic Moral Theologians and Ethicists respectfully move for an invitation from this Court, pursuant to D.C. Circuit Rule 40 and Federal Rule of Appellate Procedure ("FRAP") 29(b)(2), to submit a brief as *amici curiae* in support of the petition for en banc rehearing filed by Petitioner Anthropic PBC. *See, e.g.*, Order, *United Mine Workers of Am. v. Energy W. Mining Co.*, No. 20-7054 (Doc. 1962268) (D.C. Cir. Sept. 6, 2022) (granting similar request for invitation to file *amici curiae* brief in support of rehearing petition); Order, *Nat'l Ass'n of Mfrs. v. SEC*, No. 13-5252 (Doc. 1582585) (D.C. Cir. Nov. 9, 2015) (same); Order, *Elec. Power Supply Ass'n v. FERC*, No. 11-1486 (Doc. 1512775) (D.C. Cir. Sept. 17, 2014) (same).

The corrected *amicus* brief conditionally submitted to the Court with this motion adheres to the 2,600-word limit found at FRAP 29(b)(4).[1] The Catholic Moral Theologians and Ethicists, listed in the

[1] The Catholic Moral Theologians and Ethicists previously submitted their amicus brief on October 20, 2026, but it exceeded the 2,600 word limit provided in FRAP 29(b)(4). They have therefore filed a corrected amicus brief along with this motion under the limit.

attached brief, seek leave of the Court to file the attached brief as *amici curiae*.

The Catholic Moral Theologians and Ethicists are professors at Catholic universities across the country. There are three scholars who authored the substance of the discussion in Section II of this brief:[2]

- Charles Camosy is an Associate Professor of Moral Theology at the Catholic University of America and founding editor of

[2] For the sake of brevity, this brief only sets forth the biographical information as to the three authors of the statement. For more information on all of the Catholic Moral Theologians and Ethicists, their faculty websites are located at the following links:

https://trs.catholic.edu/faculty-and-research/faculty-profiles/charles-camosy/index.html;

https://www.scu.edu/ethics/about-the-center/people/brian-green/;

https://www.luc.edu/philosophy/ftfacultyprofileaggregatepage/profiles/josephmvukovphd.shtml;

https://www.shu.edu/profiles/mariamorrow.html;
https://angelicum.it/teologia/professor/baggot-michael/;
https://udayton.edu/directory/artssciences/religiousstudies/bennett_jana.php;

https://www.fordham.edu/academics/departments/theology/faculty/christine-firer-hinze/;

https://www.slu.edu/arts-and-sciences/bioethics/faculty/eberl-jason.php;

https://www.depaul.edu/faculty/william-cavanaugh;

https://www.scranton.edu/directory/profiles/theology-religious-studies/patrick-clark.shtml;

https://www.scu.edu/jst/about/faculty/all-jst-faculty-profile-cards/rubio.html.

The Magenta Series for New City Press. He is the author of ten books, many of which are focused on visions of morality which cross difficult moral, ideological, political, and theological differences. In addition to publishing academic work, Camosy's public-facing articles have appeared, among other places, in the New York Times, the Washington Post, the Atlantic, the New York Post, and First Things. He currently serves as peritus (theological expert) for His Eminence, Timothy Cardinal Dolan and as senior lead for a working group on "Transhumanism and the Body" sponsored by USC's Institute for Advanced Catholic Studies.

- Joseph Vukov is an Associate Professor of Philosophy and the Associate Director of the Hank Center for the Catholic Intellectual Heritage at Loyola University Chicago. He is the author of several books, including, most recently, Staying Human in an Era of Artificial Intelligence. Vukov serves on the AI Research Group for the Dicastery for Culture and Education.

- Brian Patrick Green is a lecturer in ethics at the Graduate School of Engineering at Santa Clara University. His research includes AI ethics, space ethics, the operationalization of ethics in technology companies, and the ethics of emerging technologies. He is author, co-author, or co-editor of five volumes on technology ethics.

In the proposed brief, Catholic Moral Theologians and Ethicists provide this Court with a perspective grounded in a longstanding moral tradition that bears directly on the issues raised by this action and which emphasizes how the panel's decision raises "questions of exceptional importance." FRAP 40(b)(2).

## CONCLUSION

For the foregoing reasons, Catholic Moral Theologians and Ethicists respectfully request that the Court invite it them file the accompanying brief as *amici curiae*.

Dated: October 21, 2026

*/s/ Benjamin B. Klubes*
Benjamin B. Klubes
bklubes@klubeslaw.com
KLUBES LAW GROUP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 753-5054

Matthew F. Miller
mmiller@hansonbridgett.com
Arezoo Jamshidi
ajamshidi@hansonbridgett.com
Patrick Burns
pburns@hansonbridgett.com
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, California 94105
(415) 777-3200

*Attorneys for Amici Curiae*
Catholic Moral Theologians and Ethicists

**CERTIFICATE OF COMPLIANCE AND SERVICE**

I certify that this motion complies with the length limits and typeface and typestyle requirements of Federal Rules of Appellate Procedure 27(d) and 32(a)(5)–(6) as it contains 600 words and was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

On October 21, 2026, I filed this motion and the attached proposed brief with the Clerk of this Court via the CM/ECF system. All participants in the case are registered CM/ECF users, and service will be accomplished through that system.

Dated: October 21, 2026

*/s/ Benjamin B. Klubes*
Benjamin B. Klubes
bklubes@klubeslaw.com
KLUBES LAW GROUP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 753-5054

*Attorneys for Amici Curiae*
Catholic Moral Theologians and Ethicists