# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-1049** **September Term, 2026**

**DOD-03/03/2026 Order**
**DOD-06/03/2026 Order**

**Filed On:** October 23, 2026

Anthropic PBC,

Petitioner

v.

United States Department of War and Peter B. Hegseth, in his official capacity as Secretary of War,

Respondents

------------------------------

Consolidated with 26-1162

**BEFORE:** Henderson, Katsas, and Rao, Circuit Judges

**O R D E R**

Upon consideration of respondents' motion for a 14-day extension of time to file a response to the petition for panel rehearing, it is

**ORDERED** that the motion be granted. The response is now due no later than November 13, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk