# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT


**No. 26-1049** **September Term, 2026**

**DOD-03/03/2026 Order**
**DOD-06/03/2026 Order**

**Filed On:** November 3, 2026

Anthropic PBC,

Petitioner

v.

United States Department of War and Peter B. Hegseth, in his official capacity as Secretary of War,

Respondents

------------------------------

Consolidated with 26-1162

## O R D E R

Upon consideration of petitioner's petition for panel rehearing and rehearing en banc, and the court's order filed October 23, 2026, extending the time to file a response to the petition for panel rehearing, it is

**ORDERED** that the court's order filed October 23, 2026, be vacated. It is

**FURTHER ORDERED**, on the court's own motion, that within 15 days of the date of this order, respondents file a response to petitioner's petition for panel rehearing and rehearing en banc. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk